CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; and JOHN AND JANE DOES 1-10 <br><br> Defendants | Case No.: 2:16-cv-02028-APG-CWH <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DAVID POOR AND AARON TAKAHASHI** |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AGUSTIN BERTOLIN

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff LHF PRODUCTIONS, INC., a Nevada corporation ("PLAINTIFF"), by and through its counsel of record, Charles Rainey, Esq. of HAMRICK & EVANS LLP, hereby voluntarily dismisses Defendants DAVID POOR and AARON TAKAHASHI and

HAMRICK & EVANS LLP

1

<u>only</u> Defendants DAVID POOR and AARON TAKAHASHI from the above-captioned case.

Respectfully submitted March 17, 2017.

/s/ Charles C. Rainey
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*