1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC.,           ) | Case No. 2:16-cv-02028-JAD-NJK |
|            Plaintiff(s),    ) | |
|                   ) | **ORDER** |
| vs.                     ) | |
| AGUSTIN BERTOLIN, et al.,     ) | |
|            Defendant(s).    ) | |

Donald Plain filed an answer on March 8, 2017. Docket No. 18. Plaintiff was required to hold a Rule 26(f) conference within 30 days of that date, and to file a discovery plan no later than 14 days thereafter. *See* Local Rule 26-1(a). To date, no discovery plan has been filed. Plaintiff is hereby **ORDERED** to file a declaration whether the Rule 26(f) conference was held as required and, if so, why a discovery plan has not been filed. That declaration shall be filed by May 11, 2017.

IT IS SO ORDERED

Dated: April 27, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge