# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 2:16-cv-02028-JAD-NJK |
| Plaintiff(s), | |
| vs. | **ORDER** |
| AUGUSTIN BERTOLIN, et al., | |
| Defendant(s). | |

To the extent any defendant wishes to do so, he or she may file a response to the orders to show cause at Docket Nos. 33 and 35 by May 11, 2017.

IT IS SO ORDERED

Dated: April 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge