Brian Kabala
4920 Holly Grove Drive
Las Vegas, Nevada 89130



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC, <br><br> Plaintiff, <br><br> VS. <br><br> AGUSTIN BERTOLIN, an individual; MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; DAVID POOR, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; AARON TAKAHASHI, an individual; and JOHN AND JANE DOES, 1-10 <br><br> Defendants | CASE NO.: 2:16-CV-02028-JAD-NJK <br><br> **MOTION FOR ENTRY OF DEFAULT** |

### MOTION FOR ENTRY OF DEFAULT AGAINST PLAINTIFF LHF PRODUCTIONS, INC.

Defendant / Counterplaintiff Brian Kabala, requests the Clerk to enter the default of Plaintiff / Counterdefendant LHF Productions, Inc. This request is made pursuant to Fed.R.Civ.P. 55(a).

In support of this request, the Defendant states:

1. Plaintiff filed this action on August 26, 2016. (Dkt.1)

2. Defendant served Answer w/ Counterclaims on the Plaintiff on March 13, 2017. (Dkt. 22)

3. Plaintiff filed a Motion to Dismiss #2 on March 27, 2017. (Dkt. 28)

4. Defendant responded to #3 on April 10, 2017. (Dkt. 31)

5. The Plaintiff never replied to #4, deadline was set at April 17, 2017.

6. Plaintiff has failed to Answer Defendant's Counterclaims within the time allotted under Rule 12(a)(1)(B) of the Federal Rules of Civil Procedure.

1

WHEREFORE, Defendant seeks the entry of Default in this matter.

Dated this 8th of May, 2017.

Respectfully submitted,

Brian Kabala
4920 Holly Grove Drive
Las Vegas, Nevada 89130
*Defendant Pro Se*

I hereby certify that on the 8th day of May, 2017, a copy of the MOTION FOR ENTRY OF DEFAULT AGAINST PLAINTIFF LHF PRODUCTIONS, INC. was served on the Plaintiff's attorney, whose name and address are:

>Charles C. Rainey, ESQ.
>Rainey Legal Group PLLC
>9340 W Martin Ave
>Las Vegas, Nevada 89148

*Brian Kabala*
Brian Kabala