# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LHF Productions, Inc.,

    Plaintiff,

vs.

Agustin Bertolin, et al.,

    Defendants

Case No.: 2:16-cv-02028-JAD-NJK

**Order Denying Motion for Default Judgment**

[ECF No. 47]

    Pro se defendant Brian Kabala responded to LHF Productions, Inc.'s lawsuit with an answer and counterclaim.[1] LHF's response to that counterclaim was a motion to dismiss it.[2] Kabala now asks the Clerk of Court to enter a default against LHF under FRCP 55(a) because LHF filed no reply in support of its motion to dismiss, and the deadline for that reply has passed.[3]

    The entry of default is only authorized when a party has completely failed to answer or otherwise respond to claims. *See* Fed. R. Civ. Proc. 55(a). LHF did respond to Kabala's counterclaims: it filed a motion to dismiss. Reply briefs are optional, and LHF's failure to file one does not subject it to default under FRCP 55(a).

    Accordingly, **IT IS HEREBY ORDERED** that Brian Kabala's Motion for Default **[ECF No. 47] is DENIED.** The court will resolve LHF's motion to dismiss Kabala's counterclaim in the normal course.

    DATED: May 9, 2017.

                                                         JENNIFER A. DORSEY
                                                         UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 22.

[2] ECF No. 28.

[3] ECF No. 47.