# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LHF PRODUCTIONS, INC.,

    Plaintiff(s),

vs.

AGUSTIN BERTOLIN, et al.,

    Defendant(s).

Case No. 2:16-cv-02028-JAD-NJK

**ORDER**

Pending before the Court is a motion to withdraw as counsel for Defendant Ante Soda. Docket No. 56. For good cause shown, the motion to withdraw is hereby **GRANTED** and the Clerk's Office is **INSTRUCTED** to update the docket with Defendant's last known address (*see* Docket No. 56 at 6).

IT IS SO ORDERED.

Dated: May 22, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE