UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LHF Productions, Inc., a Nevada corporation,<br><br>    Plaintiff<br><br>v.<br><br>Brian Kabala, et al.,<br><br>    Defendants | 2:16-cv-02028-JAD-NJK<br><br>**Order Dismissing Claims against Brian Kabala and Denying Motion for Default**<br><br>[ECF Nos. 64, 70] |

Plaintiff LHF Productions, Inc. moves [ECF No. 70] to dismiss its claims against defendant Brian Kabala without prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure. Good cause appearing, and the court finding that this motion is suitable for disposition without oral argument and that a response is unnecessary,

IT IS HEREBY ORDERED that plaintiff's motion for voluntary dismissal **[ECF No. 70] is GRANTED; all claims in this action against Brian Kabala are DISMISSED. Kabala must advise this court by August 14 whether he intends to proceed with his counterclaims [ECF No. 22].**

Plaintiff has also moved the Clerk of Court to enter default against Kabala and three additional defendants, Ante Soda, John Koehly, and Donald Plain. ECF No. 64. As to Kabala, the request is mooted by this dismissal. The motion is meritless against the other defendants. Soda and Plain have answered or otherwise responded, *see* ECF No. 18 (Plain's answer), ECF No. 19 (Soda's motion to dismiss); and default was already entered against Koehly, *see* ECF No. 46. And it appears from the "Notice of Corrected Image" [ECF No. 65] that the motion was filed "in error and should be disregarded." Accordingly,

IT IS FURTHER ORDERED that plaintiff's motion for default **[ECF No. 64] is DENIED.**

Dated this 26th day of July, 2017.

_____
Jennifer A. Dorsey
United States District Judge