CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br>vs.<br>BRIAN KABALA; JOHN KOEHLY; DONALD PLAIN; ANTE SODA<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02028-JAD-NJK |

### JOINT STIPULATION TO DISMISS DEFENDANT ANTE SODA

ECF Nos. 19, 86

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LHF PRODUCTIONS, INC. ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant ANTE SODA in proper person, hereby stipulate and agree to dismiss Defendant **ANTE SODA** from the above-captioned case and further stipulate and agree to the dismissal of all counter-claims or other causes of actions, if any, raised by Defendant ANTE SODA

against Plaintiff LHF PRODUCTIONS, INC., each party to bear its own fees and costs.

*Respectfully submitted September 22, 2017*

| | |
|---|---|
| HAMRICK & EVANS LLP | ANTE SODA |
| /s/ Charles C. Rainey <br> CHARLES C. RAINEY, ESQ. <br> Nevada Bar No. 10723 <br> crainey@hamricklaw.com <br> 7670 W. Lake Mead Blvd., Ste. 140 <br> Las Vegas, Nevada 89128 <br> +1.702.425.5100 (ph) <br> *Attorney for Plaintiff* | /s/ Ante Soda <br> ANTE SODA <br> *Defendant in proper person* |

## ORDER

The court **construes this stipulation** to dismiss plaintiff's claims against Defendant **Ante Soda [ECF 86] as a joint motion** under Local Rule 7-1(c) because it was signed by fewer than all parties to this case. Good cause appearing, it is HEREBY ORDERED that **the joint motion [ECF 86] is GRANTED, and all claims against Ante Soda are DISMISSED**, each party to bear its own fees and costs.

IT IS FURTHER ORDERED that Ante Soda's Motion to Dismiss **[ECF 19] is DENIED** as moot.

_____
U.S. District Jennifer Dorsey
October 2, 2017