JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:  jblum@klnevada.com
         ewalther@klnevada.com

-and-

LISA L. CLAY, ESQ. - *Pro Hac Vice forthcoming*
Illinois Bar No. 6277257
345 North Canal Street Suite C202
Chicago, Illinois 60606-1333
Telephone: (312) 753-5302
Email:   lclayaal@gmail.com

*Attorneys for Defendant Brian Kabala*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation, | CASE NO. 2:16-cv-02028 |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| AGUSTIN BERTOLIN, an individual; MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; DAVID POOR, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; AARON TAKAHASHI, an individual; and JOHN AND JANE DOES, 1-10, | |
| Defendants. | |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Jonathan D. Blum, Esq. and Eric D. Walther, Esq. of the law firm of KOLESAR & LEATHAM and Lisa L. Clay,

2759343 (991034-186)                               Page 1 of 3

1  Esq., hereby give notice of their appearance as attorneys of record for Defendant BRIAN
2  KABALA, an individual. Appearing counsel hereby demands that true and correct copies of any
3  and all notices, pleadings, papers, correspondence and/or any and all other documents be served
4  upon the above counsel, on behalf of Defendant, Brian Kabala.
5      DATED this 13 day of November, 2017.

       KOLESAR & LEATHAM

       By _____
       JONATHAN D. BLUM, ESQ.
       Nevada Bar No. 009515
       ERIC D. WALTHER, ESQ.
       Nevada Bar No. 13611
       **KOLESAR & LEATHAM**
       400 South Rampart Boulevard, Suite 400
       Las Vegas, Nevada 89145

       -and-

       LISA L. CLAY, ESQ. - *Pro Hac Vice forthcoming*
       Illinois Bar No. 6277257
       345 North Canal Street Suite C202
       Chicago, Illinois 60606-1333
       Telephone: (312) 753-5307
       Email:    lclayaal@gmail.com

       *Attorneys for Defendant*
       *Brian Kabala*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham and that on the 13th day of November, 2017, I caused to be served a true and correct copy **NOTICE OF APPEARANCE** in the following manner:

(ELECTRONIC SERVICE)  Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

_____
An Employee of KOLESAR & LEATHAM

2759343 (991034-186)

Page 3 of 3