UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 2:16-cv-02028-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| BRIAN KABALA, | (Docket No. 100) |
| Defendant(s). | |

On November 22, 2017, Counter-Defendant filed a certificate of service regarding responses to requests for admission. Docket No. 100. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket No. 100 and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: November 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge