UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., ) | Case No. 2:16-cv-02028-JAD-NJK |
| Plaintiff(s), ) | |
| v. ) | **ORDER** |
| JOHN KOEHLY, et al., ) | (Docket No. 103) |
| Defendant(s). ) | |

On December 13, 2017, Counter-Claimant Brian Kabala filed a document entitled "Motion for Extension of Time to Amend Counterclaim, Motion for Leave to File Second Amended Counterclaim, and Motion to Stay Existing Discovery Deadlines." Docket No. 103.[1] The CM/ECF event used, however, was to "Extend Time" for discovery deadlines that were established in the scheduling order. Docket No. 103, Docket Text. Hence, the document filed does not match the CM/ECF event used and the Court is unable to determine the relief being sought.[2]

//

//

//

---

[1] This appears to be the same document filed previously. *See* Docket No. 92.

[2] Pursuant to the scheduling order, discovery was set to close on December 13, 2017. Docket No. 88. From other filings on the docket, the parties appear to be under the impression that discovery remains open.

1 | The motion at Docket No. 103 is therefore **DENIED** without prejudice.

2 | IT IS SO ORDERED.

3 | DATED: January 31, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge