CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)

*Attorney for Plaintiff*
LHF Productions, Inc.,
a Nevada Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br>vs.<br><br>BRIAN KABALA, an individual.<br><br>Defendants.<br><br>*And related counter-claims* | Case No.: 2:16-cv-02028-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO COMPEL AND TO EXTEND THE DEFENDANT'S DEADLINE TO RESPOND TO THE PLAINTIFF'S MOTION TO DISMISS**<br><br>**[FIRST EXTENSION]** |

COMES NOW Plaintiff LHF PRODUCTIONS, INC. ("Plaintiff") and Defendant BRIAN KABALA ("Defendant"), by and through their respective counsel of record, and hereby stipulate and agree to: (1) extend the time by which the Plaintiff must respond to the Defendant's Motion to Compel Written Discovery Responses, filed on January 30, 2018 [ECF No. 112] (the "Motion to Compel"); and (2) extend the time by which the Defendant must respond to the Plaintiff's pending Motion to Dismiss the Defendant's Amended Counter-Claims, filed on February 9, 2018 [ECF No. 120] (the "Motion to Dismiss"), agreeing as follows:

///

///

## PROCEDURAL BACKGROUND

1. On January 30, 2018, Defendant filed the Motion to Compel, thereby rendering the Plaintiff's response due by February 13, 2018.

2. On February 9, 2018, Plaintiff filed its Motion to Dismiss. Per the Court's February 21, 2018 Minute Order (ECF No. 121), Defendant's response is due by February 26, 2018.

3. The Plaintiff and Defendant now hereby stipulate to: (i) extend the deadline for the Plaintiff to respond to the Motion to Compel to Friday, February 16, 2018; and (ii) extend the deadline for the Defendant to respond to the Motion to Dismiss to Monday, March 12, 2018.

4. This is the **First Request** for any extension of any of the foregoing deadlines.

5. This request is made in good faith and not made for the purpose of undue delay.

## GOOD CAUSE STATEMENTS

6. Plaintiff seeks additional time to respond to the Motion to Compel, noting that Plaintiff's counsel has suffered certain medical conditions in recent weeks that have caused him to miss several days of work in the intervening time since the filing of Defendant's Motion to Compel and further disrupt his intended work schedule.

7. Defendant seeks additional time to respond to the Motion to Dismiss, noting that Defendant's lead counsel was on a pre-planned vacation at the time of the filing of the Motion to Dismiss and will not return until February 15, 2018.

///
///
///
///
///
///
///
///
///

HAMRICK & EVANS, LLP

WHEREFORE, subject to the Court's approval below, Plaintiff LHF PRODUCTIONS, INC. and Defendant BRIAN KABALA hereby stipulate and agree to: (i) extend the deadline for the Plaintiff to respond to the Motion to Compel from Tuesday, February 13, 2018 to Friday, February 16, 2018; and (ii) extend the deadline for the Defendant to respond to the Motion to Dismiss from Friday, February 22, 2018 to Monday, March 12, 2018.  Both parties will receive an equivalent extension to file their respective Reply briefs.

*Respectfully submitted February 13, 2018*

| HAMRICK & EVANS LLP | KOLESAR & LATHAM |
|---|---|
| /s/ Charles C. Rainey<br>CHARLES C. RAINEY, ESQ.<br>Nevada Bar No. 10723<br>crainey@hamricklaw.com<br>7670 W. Lake Mead Blvd., Ste. 140<br>Las Vegas, Nevada 89128<br>+1.702.425.5100 (ph)<br>*Attorney for Plaintiff,*<br>LHF Productions, Inc. | /s/ Jonathan D. Blum<br>JONATHAN D. BLUM, ESQ.<br>Nevada Bar No. 9515<br>jblum@klnevada.com<br>400 S. Rampart Blvd., Ste. 400<br>Las Vegas, Nevada 89145<br>+1.702.362.7800 (ph)<br>*Attorney for Defendant,*<br>Brian Kabala |

### ORDER

Based on the parties' stipulation [ECF No. 122] and good cause appearing, IT IS HEREBY ORDERED that (i) the Deadline for the Plaintiff to respond to the Defendant's pending Motion to Compel is hereby extended to Friday, February 16, 2018; and (ii) the deadline for the Defendant to respond to the Plaintiff's pending Motion to Dismiss is hereby extended to Monday, March 12, 2018.  Both parties will receive an equivalent extension to file their respective Reply briefs.

**IT IS SO ORDERED.**

Dated: Las Vegas, Nevada _____.

_____
UNITED STATES MAGISTRATE JUDGE