CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)

*Attorney for Plaintiff*
LHF Productions, Inc.,
a Nevada Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br>vs.<br><br>BRIAN KABALA, an individual.<br><br>Defendants.<br><br>*And related counter-claims* | Case No.: 2:16-cv-02028-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO COMPEL**<br><br>**[SECOND REQUEST]** |

COMES NOW Plaintiff LHF PRODUCTIONS, INC. ("Plaintiff") and Defendant BRIAN KABALA ("Defendant"), by and through their respective counsel of record, and hereby stipulate and agree to extend the time by which the Plaintiff must respond to the Defendant's Motion to Compel Written Discovery Responses, filed on January 30, 2018 [ECF No. 112] (the "Motion to Compel"), agreeing as follows:

///

///

///

///

-1-
STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO COMPEL

## PROCEDURAL BACKGROUND

1. On January 30, 2018, Defendant filed the Motion to Compel, thereby rendering the Plaintiff's response due by February 13, 2018.

2. The Plaintiff and Defendant now hereby stipulate to extend the deadline for the Plaintiff to respond to the Motion to Compel to Tuesday, February 20, 2018.

3. This is the **Second Request** for any extension of any of the foregoing deadlines; the parties submitted a stipulation yesterday with an identical request (ECF No. 122); however, the Court denied the request **without prejudice**, because it had been submitted concurrently in the same filing as a request to extend another deadline.

4. On February 13, 2017, the parties timely filed a stipulation with respect to this extension; however, as noted above, the Court denied the stipulation, noting its previously stated position that requests for multiple forms of relief be submitted in separate filings [ECF 123; *citing* ECF 97].

5. The parties apologize for previously filing this request concurrently with another request for extension of a responsive deadline; the parties had read the Court's order of November 15, 2017 and its citation to LR IC 2-2(b) as more narrowly applying to situations where a motion or stipulation seeks multiple forms of relief to be separately decided by the Magistrate and District Judges, as opposed to situations seeking multiple forms of identical relief; in the future, the parties will take the necessary measures to comport with the Court's ruling and avoid filing for multiple requests for relief in the same filing.

6. Nonetheless, based upon the foregoing, the parties agree that the 1-day delay in filing the present stipulation was due to excusable neglect and should in no way affect the Court's decision whether to grant the extension requested herein.

7. This request is made in good faith and not made for the purpose of undue delay.

## GOOD CAUSE STATEMENTS

8. Plaintiff seeks additional time to respond to the Motion to Compel, noting that Plaintiff's counsel has suffered certain medical conditions in recent weeks that have caused him

-2-
STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTIONS TO COMPEL

to miss several days of work in the intervening time since the filing of Defendant's Motion to Compel and further disrupt his intended work schedule.

WHEREFORE, subject to the Court's approval below, Plaintiff LHF PRODUCTIONS, INC. and Defendant BRIAN KABALA hereby stipulate and agree to extend the deadline for the Plaintiff to respond to the Motion to Compel from Tuesday, February 13, 2018 to Tuesday, February 20, 2018, and Defendant's deadline to file his Reply brief be similarly extended.

Respectfully submitted February 14, 2018

| HAMRICK & EVANS LLP | KOLESAR & LATHAM |
|---|---|
| /s/ Charles C. Rainey<br>CHARLES C. RAINEY, ESQ.<br>Nevada Bar No. 10723<br>crainey@hamricklaw.com<br>7670 W. Lake Mead Blvd., Ste. 140<br>Las Vegas, Nevada 89128<br>+1.702.425.5100 (ph)<br>*Attorney for Plaintiff,*<br>LHF Productions, Inc. | JONATHAN D. BLUM, ESQ.<br>Nevada Bar No. 9515<br>jblum@klnevada.com<br>400 S. Rampart Blvd., Ste. 400<br>Las Vegas, Nevada 89145<br>+1.702.362.7800 (ph)<br>*Attorney for Defendant,*<br>Brian Kabala |

## ORDER

Based on the parties' stipulation [ECF No. 124] and good cause appearing, IT IS HEREBY ORDERED that the Deadline for the Plaintiff to respond to the Defendant's pending Motion to Compel is hereby extended to Tuesday, February 20, 2018, and Defendant's deadline to file his Reply brief is hereby similarly extended.

**IT IS SO ORDERED.**

Dated: February 15, 2018

_____
UNITED STATES MAGISTRATE JUDGE