CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)

*Attorney for Plaintiff*
LHF Productions, Inc.,
a Nevada Corporation

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation, | Case No.: 2:16-cv-02028-JAD-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO THE PLAINTIFF'S MOTION TO DISMISS** |
| vs. | |
| BRIAN KABALA, an individual. | |
| Defendants. | **[SECOND REQUEST]** |
| *And related counter-claims* | |

COMES NOW Plaintiff LHF PRODUCTIONS, INC. ("Plaintiff") and Defendant BRIAN KABALA ("Defendant"), by and through their respective counsel of record, and hereby stipulate and agree to extend the time by which the Defendant must respond to the Plaintiff's pending Motion to Dismiss the Defendant's Amended Counter-Claims, filed on February 9, 2018 [ECF No. 120] (the "Motion to Dismiss"), agreeing as follows:

///

///

///

///

STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS

**PROCEDURAL BACKGROUND**

1.     On February 9, 2018, Plaintiff filed its Motion to Dismiss. Per the Court's February 21, 2018 Minute Order (ECF No. 121), Defendant's response is due by February 26, 2018.

2.     The Plaintiff and Defendant now hereby stipulate to extend the deadline for the Defendant to respond to the Motion to Dismiss to Monday, March 12, 2018.

3.     This is the **Second Request** for an extension of this deadline; the parties submitted a stipulation yesterday with an identical request (ECF No. 122); however, the Court denied the request **without prejudice**, because it had been submitted concurrently in the same filing as a request to extend another briefing deadline.

4.     This request is made in good faith and not made for the purpose of undue delay.

**GOOD CAUSE STATEMENTS**

5.     Defendant seeks additional time to respond to the Motion to Dismiss, noting that Defendant's lead counsel, Lisa Clay, Esq., was on a pre-planned vacation out of the country at the time of the filing of the Motion to Dismiss and will not return until February 15, 2018. Based on Counsel will need additional time to review the Motion to Dismiss and craft an Opposition.

///
///
///
///
///
///
///
///
///
///
///

STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS

HAMRICK & EVANS, LLP

WHEREFORE, subject to the Court's approval below, Plaintiff LHF PRODUCTIONS, INC. and Defendant BRIAN KABALA hereby stipulate and agree to extend the deadline for the Defendant to respond to the Motion to Dismiss from Monday, February 26, 2018 to Monday, March 12, 2018, and Plaintiff's deadline to file its Reply brief be similarly extended.

Respectfully submitted February 14, 2018

HAMRICK & EVANS LLP

/s/ Charles C. Rainey
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff,*
LHF Productions, Inc.

KOLESAR & LATHAM

JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
jblum@klnevada.com
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
+1.702.362.7800 (ph)
*Attorney for Defendant,*
Brian Kabala

## ORDER

Based on the parties' stipulation [ECF No. 125] and good cause appearing, IT IS HEREBY ORDERED that the deadline for the Defendant to respond to the Plaintiff's pending Motion to Dismiss is hereby extended to Monday, March 12, 2018, and Plaintiff's deadline to file its Reply brief is hereby similarly extended.

**IT IS SO ORDERED.**

Dated: February 21, 2018.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS

HAMRICK & EVANS, LLP