F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff LHF Productions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; and JOHN AND JANE DOES.<br><br>Defendants<br><br>BRIAN KABALA, an individual;<br><br>Counter-Plaintiff,<br><br>vs.<br><br>LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>Counter-Defendant, | Case No.: 2:16-cv-02028-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF COUNTER-DEFENDANT'S RENEWED MOTION TO WITHDRAW CONSTRUCTIVE ADMISSIONS**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1(a) and Fed.R.Civ.P. 6(b)(1)(A), Counter-Defendant, LHF PRODUCTIONS, INC. (hereafter referred to as "Counter-Defendant" or "LHF"), and Counter-Plaintiff BRIAN KABALA ("Counter-Plaintiff" or "Kabala"), by and through their undersigned counsel, stipulate to a three-day extension for LHF to file its Reply ("Reply") to Kabala's Opposition (ECF 147) to LHF's Renewed Motion to Withdraw Constructive Admissions (ECF 146) from June 5, 2018, to June 8, 2018. This is the first request for such an extension.

FCA-W-0712

WEIDE & MILL
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1

1 LR IA 6-1 and Fed.R.Civ.P. 6(b)(1)(A) provide that stipulations to extend time may be granted upon a showing of good cause when brought prior to the expiration of the relevant deadline. "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Id.* citing *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (discussing "good cause" in the context of Fed. R. Civ. P. 6(b)(1)). It generally involves a case-by-case assessment of whether there is some good reason for the delay or requested extension in the absence of bad faith and prejudice to the non-moving party. *See id.* at 1109-1110. Generally, there is good cause to extend time to permit a party to discuss factual or procedural matters with its counsel that may be relevant to the pending brief or to provide adequate time under the circumstances to permit a party to fairly respond to the legal issues raised in the preceding brief.

As set forth in the Declaration of Mr. Austin, counsel for LHF, attached hereto as Exhibit 1, these are precisely the reasons for the requested brief extension. Mr. Austin was not counsel for LHF when the facts and circumstances arose giving rise to the Renewed Motion to Withdraw (ECF 147). As such, he must consult with his client and counsel of record at the time to be appraised of factual and procedural matters raised in the Opposition. (Austin Decl. at ¶3.) As of the time of bringing this filing he had not yet been able to fully confer on these matters due to scheduling conflicts and his own workload, including the necessity of briefing and filing an opposition to a motion in an unrelated matter yesterday, June 4, 2018. *Id.* at ¶4. Thus, absent the brief extension requested, to which counsel for Counter-Plaintiff have graciously stipulated, LHF would not be able to fairly respond to the Opposition filed in this matter. *Id.* at ¶5.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

WEIDE & MILL
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-W-0712

2

As seeking a brief extension to confer with counsel and to secure adequate time to fairly respond constitute good cause for the requested extension, and as Counter-Plaintiffs have stipulated to the same and will not, therefore, be prejudiced by the requested extension, this stipulation should be granted.

DATED this 5th day of June 2018.

By: */S/ F. Christopher Austin*
F. Christopher Austin, Esq.
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorney for Counter-Defendant LHF Productions, Inc.*

By: */S/ Jonathan Blum*
Jonathan D. Blum, Esq.
jblum@klnevada.com
**KOLESAR & LEATHAM**
400 South Rampart Blvd, Suite 400
Las Vegas, NV 89145

Lisa L. Clay, Esq. (*Pro Hac Vice*)
lclayaal@gmail.com
345 North Canal Street Suite C202
Chicago, IL 60606-1333

*Attorney for Counter-Plaintiff Brian Kabala*

## ORDER

IT IS SO ORDERED

Dated June 6, 2018

UNITED STATES MAGISTRATE JUDGE