F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff LHF Productions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br>vs.<br><br>MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; and JOHN AND JANE DOES.<br><br>Defendants<br><br>BRIAN KABALA, an individual;<br><br>Counter-Plaintiff,<br><br>vs.<br><br>LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>Counter-Defendant, | Case No.: 2:16-cv-02028-JAD-NJK<br><br>**STIPULATION AND ORDER TO SET STANDARD LR II 7-2 BRIEFING SCHEDULE IN ON COUNTER-PLAINTIFF'S RENEWED MOTION TO COMPEL CERTAIN WRITTEN DISCOVERY RESPONSES (ECF 155)**<br><br>**(First Request)** |

Pursuant to Local Rule IA 6-1(a) and Fed.R.Civ.P. 6(b)(1)(A), Counter-Defendant, LHF PRODUCTIONS, INC. (hereafter referred to as "Counter-Defendant" or "LHF"), and Counter-Plaintiff BRIAN KABALA ("Counter-Plaintiff" or "Kabala"), by and through their undersigned counsel, stipulate to an order to set a standard LR II 7-2 briefing schedule for the parties on Counter-Plaintiff's Renewed Motion to Compel ("Motion," ECF 155). The stipulated schedule would replace the expedited deadlines for the filing of an opposition and a reply set forth by the

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-W-0727          1

Court's Order of March 19, 2018, (ECF 137, prescribing the filing of an opposition four calendar-days after the filing of the Motion and the filing of a reply two-days thereafter), of <u>June 19, 2018</u>, for an opposition and <u>June 21, 2018</u>, for a reply, to the standard briefing deadlines set forth by the LR II 7-2 of <u>June 29, 2018</u>, (14-days after the filing of the Motion) for the opposition, and <u>July 6, 2018</u>, (7-days after the filing of the opposition) for the reply. This is the first request for an extension of time to file an opposition or a reply on the Motion.

LR IA 6-1 and Fed.R.Civ.P. 6(b)(1)(A) provide that stipulations to extend time may be granted upon a showing of good cause when brought prior to the expiration of the relevant deadline. "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Id.* citing *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (discussing "good cause" in the context of Fed. R. Civ. P. 6(b)(1)). It generally involves a case-by-case assessment of whether there is some good reason for the delay or requested extension in the absence of bad faith and prejudice to the non-moving party. *See id.* at 1109-1110. Generally, there is good cause to extend time to permit parties adequate time under the circumstances to fairly respond to the legal and factual issues raised in the preceding brief, and, in the context of a discovery dispute, to seek to resolve the underlying dispute.

As set forth in the Declaration of Mr. Austin, counsel for LHF, attached hereto as Exhibit 1, these are precisely the reasons LHF requested the extension to the briefing schedule. Mr. Austin was not counsel for LHF when the facts and circumstances arose giving rise to the original January 30, 2018, Motion to Compel (ECF 112) which the Motion now renews. (*See* ECF 129 (Feb. 21, 2018, Notice of Appearance); Austin Decl. at ¶3.) Mr. Austin has suggested to Counter-Plaintiff's counsel that he desires additional time to come up to speed on the history of the dispute and confer with his client in order to respond, or if possible, to narrow or resolve the dispute. However, Mr. Austin is presently unavailable to give this matter the full attention required as he has an appellate brief due the end of this month on an unrelated matter before the Nevada Supreme Court in addition to discovery responses in this matter due on June 22, 2018. Accordingly, LHF seeks an order setting a standard LR II 7-2 briefing schedule to so it may properly confer with its counsel— who is presently has limited availability due to a conflicting matter—and to seek to resolve the

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-W-0727    2

outstanding dispute—if possible—in connection with responses to an existing request for production due June 22, 2018. *Id.* at ¶6.

In light of the above, Counter-Defendants, who originally filed the renewed Motion with the understanding that the briefing deadlines were governed by LR II 7-2, have graciously agreed to the requested stipulation. *Id.* at ¶ . Neither party, therefore, will be prejudiced by the requested extension.

Having learned that the expedited deadlines would apply, the parties have agreed to this stipulation to in a good faith effort to provide LHF with fair opportunity—given the current time constraints of its counsel—to confer with its counsel and respond to the Motion and/or seek to narrow or resolve the dispute. Good cause, therefore, exists for the requested stipulation, and it should be granted.

DATED this 19th day of June 2018.

By: */S/ F. Christopher Austin*
F. Christopher Austin, Esq.
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorney for Counter-Defendant LHF Productions, Inc.*

By: */S/ Lisa L. Clay*
Jonathan D. Blum, Esq.
jblum@klnevada.com
**KOLESAR & LEATHAM**
400 South Rampart Blvd, Suite 400
Las Vegas, NV 89145

Lisa L. Clay, Esq. (*Pro Hac Vice*)
lclayaal@gmail.com
345 North Canal Street Suite C202
Chicago, IL 60606-1333

*Attorney for Counter-Plaintiff Brian Kabala*

**ORDER**

IT IS SO ORDERED

Dated June 19, 2018

_____
United States Magistrate Judge

FCA-W-0727

3