1   F. Christopher Austin, Esq.
    Nevada Bar No. 6559
2   *caustin@weidemiller.com*
    **WEIDE & MILLER, LTD.**
3   10655 Park Run Drive, Suite 100
    Las Vegas, NV 89144
4   Tel: (702) 382-4804
    Fax: (702) 382-4805
5
    *Attorneys for Plaintiff LHF Productions, Inc.*
6
                  **UNITED STATES DISTRICT COURT**
7
                       **DISTRICT OF NEVADA**
8

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation, | Case No.: 2:16-cv-02028-JAD-NJK |
| Plaintiff, | |
| vs. | **DECLARATION OF F. CHRISTOPHER AUSTIN IN SUPPORT OF MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF COUNTER-DEFENDANT'S RENEWED MOTION TO WITHDRAW A FALSE ADMISSION OF NON-INFRINGEMENT (ECF 151)** |
| MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; and JOHN AND JANE DOES. | |
| Defendants | |
| BRIAN KABALA, an individual; | |
| Counter-Plaintiff, | |
| vs. | |
| LHF PRODUCTIONS, INC., a Nevada Corporation, | |
| Counter-Defendant, | |

23          I, F. Christopher Austin, declare under penalty of perjury under the laws of the United

24   States that the following is true and correct:

25          1.     I am counsel for Counter-Defendant, LHF PRODUCTIONS, INC. (hereafter

26   referred to as "Counter-Defendant" or "LHF") in the above captioned matter.  I am over the age

27   of 21, under no disability, and am competent to testify to the matters contained in this declaration.

28          2.     I make this declaration in support of a LHF's Renewed Motion to Withdraw a

WEIDE & MILL
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-W-0736                    1

1    False Admission of Non-Infringement (ECF 151).

2          3.      This Motion is necessitated by my current conflicting docket, which includes (i) a

3    Nevada Supreme Court reply brief in an unrelated matter, an (ii) opposition to Counter-Plaintiff's

4    Motion to Compel (ECF 155), and a (iii) reply in an unrelated matter in support of a motion to

5    stay an appeal before the Ninth Circuit Court of Appeals, all of which are due the same day, this

6    Friday, June 29, 2018.

7          4.      The deadlines for the pending appeal brief and the opposition to ECF 155 pre-date

8    the deadline for this Reply which became due by operation of the Rules upon the filing by

9    Counter-Plaintiff on Friday June 22, 2018, of an opposition to LHF's Motion to Withdraw a False

10   Admission (ECF 161).

11         5.      The Ninth Circuit reply deadline of the same day is similarly driven by the filing

12   of an opposition in that matter last Friday June 22, 2018, as well.

13         6.      The net result of these prior-existing and concurrent obligations is that I will not

14   have adequate time to address the issues set forth in the Opposition (ECF 155) with representatives

15   for LHF or to properly prepare a reply by the current deadline.

16         7.      Upon realizing the conflict on the morning of Monday, June 25, 2018, I

17   immediately sought a stipulation with opposing counsel in accordance with LR 1A 1-3(f), by

18   sending such counsel explaining my current docketing conflict.  Opposing counsel refused to

19   stipulate to the requested extension.  A true and accurate copy of the correspondence dated June

20   25, 2018, with Lisa Clay, counsel for Counter-Plaintiff, is attached to the Motion as Exhibit 2.

21         8.      In refusing the extension request, counsel for Counter-Plaintiff complained that

22   because LHF had sought and obtained a one-week extension (ECF 160) on the deadline to oppose

23   the motion to compel (ECF 155), and because Ms. Clay did not like the discovery responses timely

24   served in response to Counter-Plaintiff's Third Requests for Production—which are unrelated to

25   the motion or Reply at issue—no "courtesies" would be forthcoming for the instant request.

26         9.      The refusal appeared to be motivated by personal animus against me and my client

27   and not because of some prejudice to Counter-Plaintiff, as no such prejudice was identified or

28   articulated by counsel for Counter-Plaintiff.

WEIDE & MILL
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-W-0736                                           2

10.     LHF, on the other hand, will be severely prejudiced if required to file its Reply by this Friday, June 29th.  The Motion at issue, a Motion to Withdraw a dispositive Admission (ECF 151), relates to a case dispositive issue.  (*See* ECF 151).  Absent the requested extension, I will not have the time to properly and adequately consult with Counter-Defendant on the issues raised in the opposition or prepare the Reply due to prior existing and significant briefing obligations in other matters—including the filing of an appellate reply brief before the Nevada Supreme Court, and an opposition in motion practice before the Ninth Circuit of Appeals.

11.     I certify that this Motion is brought in good faith and not to delay or prejudice the opposing party.

Dated: June 26, 2018.

/s/ *F. Christopher Austin*
F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

WEIDE & MILL
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-W-0736

3