# F. Christopher Austin

| | |
|---|---|
| **From:** | F. Christopher Austin |
| **Sent:** | Monday, June 25, 2018 11:43 AM |
| **To:** | 'Lisa Clay' |
| **Cc:** | Jonathan D. Blum; Brianna Show; Kristina R. Cole |
| **Subject:** | RE: FW: Activity in Case 2:16-cv-02028-JAD-NJK LHF Productions, Inc. v. Does Response |

Lisa:

That's fine. You do not have to stipulate, but I had an obligation to make the request.

Thanks for getting right back to me.

Chris

**F. Christopher Austin**
# Weide & Miller, Ltd.

10655 Park Run Drive
Suite 100
Las Vegas NV 89144
702.610.9094 Mobile
702.382.4804 Office
702.382.4805 Fax
caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** Lisa Clay [mailto:lclayaal@gmail.com]
**Sent:** Monday, June 25, 2018 11:37 AM
**To:** F. Christopher Austin <caustin@weidemiller.com>
**Cc:** Jonathan D. Blum <jblum@klnevada.com>; Brianna Show <bshow@weidemiller.com>; Kristina R. Cole <kcole@klnevada.com>
**Subject:** Re: FW: Activity in Case 2:16-cv-02028-JAD-NJK LHF Productions, Inc. v. Does Response

Mr. Austin:

The point is you knew about both oppositions and both replies when you request your original extension. You knew there would be responses and you knew there would be replies. Am I missing something?

This probably isn't the time to ask me for any courtesies, as I just finished reviewing your responses to our most recent discovery. There are no words.

Sincerely,

Lisa Clay


Lisa L. Clay

1

Attorney at Law
630.456.4818
clayatlaw.com

On Mon, Jun 25, 2018 at 1:26 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

> Lisa:
>
> Yes. Two oppositions (yours and one in another matter) were filed on Friday.  The replies to both are due 7 days later, June 29th.
>
> Chris
>
> **F. Christopher Austin**
>
> **Weide & Miller, Ltd.**
>
> 10655 Park Run Drive
>
> Suite 100
>
> Las Vegas NV 89144
>
> 702.610.9094 Mobile
>
> 702.382.4804 Office
>
> 702.382.4805 Fax
>
> caustin@weidemiller.com | www.weidemiller.com
>
> This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.
>
> **From:** Lisa Clay [mailto:lclayaal@gmail.com]
> **Sent:** Monday, June 25, 2018 11:24 AM
> **To:** F. Christopher Austin <caustin@weidemiller.com>
> **Cc:** Jonathan D. Blum <jblum@klnevada.com>; Brianna Show <bshow@weidemiller.com>; Kristina R. Cole

2

<kcole@klnevada.com>
**Subject:** Re: FW: Activity in Case 2:16-cv-02028-JAD-NJK LHF Productions, Inc. v. Does Response

Mr. Austin:

You are suggesting that since we obtained the stipulated response two additional motions to which you have responses due **prior to the 29th** have been filed? Please provide more details so that we can evaluate the necessity of your request. You are on thin ice with me to say the least after last week's request.

Sincerely,

Lisa Clay

Lisa L. Clay

Attorney at Law

630.456.4818

clayatlaw.com

On Mon, Jun 25, 2018 at 1:18 PM, F. Christopher Austin <caustin@weidemiller.com> wrote:

> Lisa and Jon:
>
> Will you stipulate to an extension of one week from June 29, 2018 to July 6, 2018, for me to file the reply to your response?
>
> Presently I have four briefs due on June 29th, two of which are in response to filings last Friday, and my current work load will not permit me adequate time to address them all: (i) an appellate reply brief before the NV Sup. Ct., (ii) the opposition to your renewed motion to compel, (iii) a reply in a motion practice before the 9th Cir., and (iv) this reply brief for which I am seeking an extension.

Chris

**F. Christopher Austin**

**Weide & Miller, Ltd.**

10655 Park Run Drive

Suite 100

Las Vegas NV 89144

702.610.9094 Mobile

702.382.4804 Office

702.382.4805 Fax

caustin@weidemiller.com | www.weidemiller.com

This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone (702-382-4804) or e-mail reply, delete it from your system, and destroy any hard copy you may have printed. Thank you. Pursuant to IRS Circular 230, any tax information or written tax advice contained herein (including any attachments) is not intended to be and can neither be used by any person for the purpose of avoiding tax penalties nor used to promote, recommend or market any tax-related matter addressed herein.

**From:** cmecf@nvd.uscourts.gov [mailto:cmecf@nvd.uscourts.gov]
**Sent:** Friday, June 22, 2018 10:08 AM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:16-cv-02028-JAD-NJK LHF Productions, Inc. v. Does Response

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**United States District Court**

**District of Nevada**

**Notice of Electronic Filing**

The following transaction was entered by Blum, Jonathan on 6/22/2018 at 10:07 AM PDT and filed on 6/22/2018

**Case Name:**       LHF Productions, Inc. v. Does
**Case Number:**     2:16-cv-02028-JAD-NJK
**Filer:**           Brian Kabala
**Document Number:** 161

**Docket Text:**
**RESPONSE to [151] Motion, by Counter Claimant Brian Kabala. Replies due by 6/29/2018. (Blum, Jonathan)**

**2:16-cv-02028-JAD-NJK Notice has been electronically mailed to:**

Charles C. Rainey     chaz@raineylegal.com, eflores@hamricklaw.com, skanuma@hamricklaw.com, uscourtdocs@gmail.com

Eric D. Walther     EWalther@klnevada.com, ccolucci@klnevada.com, usdistrict@klnevada.com

F. Christopher Austin     caustin@weidemiller.com, bshow@weidemiller.com, btaimanglo@weidemiller.com, gselvage@weidemiller.com, rgile@weidemiller.com, swexler@weidemiller.com, weidemillerlaw@gmail.com

Jonathan D. Blum     jblum@klnevada.com, kdunn@klnevada.com, usdistrict@klnevada.com

Lisa Lynelle Clay     lclayaal@gmail.com

**2:16-cv-02028-JAD-NJK Notice has been delivered by other means to:**

Joseph Curtis Edmonson
Edmonson IP Law, Law Offices of J, Curtis Edmonson, PLLC
3699 NE John Olsen Ave
Hillsboro, OR 97124

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=6/22/2018] [FileNumber=8766334-0
] [c046f51465482fafdb816ecf4b856a41e7fb7e12ac88d1a56bbed739eb75c7ec946
a3677421c2cf5fd03d127f5b2bfc9672771f4da3463b54a0f7748df877846]]