1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11   LHF PRODUCTIONS, INC.,

12          Plaintiff(s),

13   v.

14   BRIAN KABALA, et al.,

15          Defendant(s).

Case No.: 2:16-cv-02028-JAD-NJK

**Order**

[Docket No. 162]

16          Pending before the Court is a motion to extend the deadline for LHF to file a reply brief.

17   Docket No. 162.  For good cause shown, the motion to extend is **GRANTED** and the reply shall

18   be filed no later than July 6, 2018.  **NO FURTHER EXTENSIONS WILL BE GRANTED.**

19          IT IS SO ORDERED.

20          Dated: June 26, 2018

21                                                              _____

22                                                              Nancy J. Koppe
                                                               United States Magistrate Judge
23
24
25
26
27
28

1