JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: jblum@klnevada.com
ewalther@klnevada.com
LISA L. CLAY, ESQ. - *Pro Hac Vice* (Illinois Bar No. 6277257)
345 North Canal Street Suite C202
Chicago, Illinois 60606-1333
Telephone: (312) 753-5302
Email: lclayaal@gmail.com
-and-
JOSEPH CURTIS EDMONDSON, ESQ. - *Pro Hac Vice* (California Bar No. 236105)
**EDMONDSON IP LAW, LAW OFFICES OF J. CURTIS EDMONDSON, PLLC**
3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
Telephone: (503) 336-3749
Email jcedmondson@edmolaw.com
*Attorneys for Defendant/Counter-Plaintiff
Brian Kabala*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>AGUSTIN BERTOLIN, an individual; MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; DAVID POOR, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; AARON TAKAHASHI, an individual; and JOHN AND JANE DOES, 1-10,<br><br>　　　　　　　　Defendants.<br><br>BRIAN KABALA, an individual,<br><br>　　　　　　　　Counter-Plaintiff,<br>vs.<br><br>LHF PRODUCTIONS, INC., a Nevada Corporation,<br>　　　　　　　　Counter-Defendant. | CASE NO. 2:16-cv-02028-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON PLAINTIFF LHF PRODUCITONS, INC.'s MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE ITS CLAIMS AGAINST BRIAN KABALA [ECF No. 174] AND MOTION TO DISMISS DEFENDANT BRIAN KABALA'S DECLARATORY JUDGMENT COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION [ECF No. 175]**<br><br>**[FIRST REQUEST]**<br><br>[ECF No. 176] |

**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES ON PLAINTIFF LHF PRODUCITONS, INC.'s MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE ITS CLAIMS AGAINST BRIAN KABALA [ECF No. 174] AND MOTION TO DISMISS DEFENDANT BRIAN KABALA'S DECLARATORY JUDGMENT COUNTERCLAIM FOR LACK OF SUBJECT MATTER JURISDICTION [ECF No. 175]**

**[FIRST REQUEST]**

COMES NOW Plaintiff LHF PRODUCTIONS, INC. ("LHF" or "Counter-Defendant") and Defendant BRIAN KABALA ("Kabala" or "Counter-Plaintiff"), by and through their respective counsel of record, and hereby stipulate and agree to extend the time for Kabala to file responses to LHF's Motion to Voluntarily Dismiss With Prejudice its Claims Against Brian Kabala [ECF No. 174] and LHF's Motion to Dismiss Defendant Brian Kabala's Declaratory Judgment Counterclaim for lack of Subject Matter Jurisdiction [ECF No. 175], (the "Motions to Dismiss"), agreeing as follows:

1. On August 13, 2018, LHF filed the above referenced Motions to Dismiss (ECF. Nos. 174 and 175). Per LR 7-2 Kabala's responses are due by August 27, 2018.

2. LHF and Kabala now hereby stipulate to extend the deadline for Kabala to respond to the Motions to Dismiss to **September 6, 2018**.

3. The deadline for LHF to file its reply briefs, if any, shall be similarly extended by ten days, from September 7, 2018, to **September 17, 2018**.

4. This is the **First Request** for an extension on these deadlines.

5. This request is made for good cause, in good faith, and not made for the purpose of undue delay. Neither party will be prejudiced by the requested extension.

**GOOD CAUSE STATEMENTS**

6. Kabala seeks additional time to respond to the Motions to Dismiss, noting that the Motions to Dismiss were filed on August 13, 2018, the day Defendant's lead counsel, Lisa Clay, Esq., returned to the office from vacation. Upon her return, she has been preparing for two major depositions in this case, set to take place on August 29, 2018 and August 30, 2018. She is also in the final stages of finalizing two time-sensitive motions in this case. Preparing for these depositions, as well as finalizing these two motions, in addition to work in an estimated 15 other

active matters, will make it extremely difficult to adequately review and respond to these two significant motions to dismiss without an extension.

7. Based on Counsel's current case load, related to both this matter and general work load, approximately ten additional days will be needed to review and respond to the Motions to Dismiss.

WHEREFORE, subject to the Court's approval below, Counter-Defendant LHF and Counter-Plaintiff BRIAN KABALA hereby stipulate and agree to extend the deadline for Kabala to respond to the Motions to Dismiss from Monday, August 27, 2018 to September 6, 2018, and LHF's deadline to file its Reply briefs from September 7, 2018 to September 17, 2018.

Respectfully submitted August 20th 2018.

**WEIDE & MILLER, LTD.**

By: /s/ F. Christopher Austin, Esq.
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144

*Attorney for Plaintiff, LHF Productions, Inc.*

**KOLESAR & LEATHAM**

By: _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
ERIC D. WALTHER, ESQ.
Nevada Bar No. 13611
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145

LISA L. CLAY, ESQ. - *Pro Hac Vice*
(Illinois Bar No. 6277257)
345 North Canal Street Suite C202
Chicago, Illinois 60606-1333

-and-

JOSEPH CURTIS EDMONDSON, ESQ. - *Pro Hac Vice* (California Bar No. 236105)
**EDMONDSON IP LAW, LAW OFFICES OF J. CURTIS EDMONDSON, PLLC**
3699 NE John Olsen Ave.
Hillsboro, Oregon 97124

*Attorney for Defendant, Brian Kabala*

## ORDER

Based on the parties' stipulation [ECF No. 176) and good cause appearing, IT IS HEREBY ORDERED that the deadline for the Kabala to respond to the Plaintiff's pending

Motions to Dismiss is hereby extended to September 6, 2018, and LHF's deadline to file its Reply briefs is hereby similarly extended to September 17, 2018.

**IT IS SO ORDERED.**

DATED this __21__ day of __August__, 2018.

_____
UNITED STATES DISTRICT JUDGE