F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff LHF Productions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; and JOHN AND JANE DOES.<br><br>Defendants<br><br>BRIAN KABALA, an individual;<br><br>Counter-Plaintiff,<br><br>vs.<br><br>LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>Counter-Defendant, | Case No.: 2:16-cv-02028-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE IN OPPOSITION OF BILLS OF COSTS AND IN OPPOSITION OF MOTION FOR AWARD OF COSTS AND ATTORNEY FEES UNDER 17 U.S.C. § 505**<br><br>**(First Request)**<br><br>ECF No. 188 |

Pursuant to Local Rule IA 6-1(a) and Fed.R.Civ.P. 6(b)(1)(A), Counter-Defendant, LHF PRODUCTIONS, INC. (hereafter referred to as "Counter-Defendant" or "LHF"), and Counter-Plaintiff BRIAN KABALA ("Counter-Plaintiff" or "Kabala"), by and through their undersigned counsel, stipulate to a three-day extension for LHF to file its Response ("Response") to Kabala's Bills of Costs (ECF 183 and ECF 185) and Kabala's Motion for Award of Costs and Attorney Fees Under 17 U.S.C. § 505 (ECF 184), all of which were filed on September 7, 2018, from

FCA-W-0790

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1

September 21, 2018, to September 24, 2018, with the replies stipulated to become due on October 9, 2018. This is the first request for such an extension.

LR IA 6-1 provides that stipulations to extend may be granted upon a showing of good cause when brought prior to the expiration of the relevant deadline. LR IA 6-1(a). LHF requested this brief extension for LHF's undersigned counsel to complete and file an opposition in an unrelated matter due the same day and to provide Kabala a concomitant period to file his replies. There is good cause to briefly extend deadline under such circumstances where Kabala will not be prejudiced by the 3-day extension to file the Oppositions to ECF Nos. 183, 184, and 185 from September 21, 2018, to September 24, 2018, and to set the reply deadlines for October 9, 2018.

DATED this 21th day of September 2018.

By: */S/ F. Christopher Austin*
F. Christopher Austin, Esq.
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorney for Counter-Defendant LHF Productions, Inc.*

By: */S/ Lisa L. Clay*
Jonathan D. Blum, Esq.
jblum@klnevada.com
**KOLESAR & LEATHAM**
400 South Rampart Blvd, Suite 400
Las Vegas, NV 89145

Lisa L. Clay, Esq. (*Pro Hac Vice*)
lclayaal@gmail.com
345 North Canal Street Suite C202
Chicago, IL 60606-1333

*Attorney for Counter-Plaintiff Brian Kabala*

**ORDER**

IT IS SO ORDERED

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 25, 2018

FCA-W-0790

2