F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff LHF Productions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>            Plaintiff,<br>vs.<br><br>MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; and JOHN AND JANE DOES.<br><br>            Defendants<br><br>BRIAN KABALA, an individual;<br><br>            Counter-Plaintiff,<br>vs.<br><br>LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>            Counter-Defendant, | Case No.: 2:16-cv-02028-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE IN OPPOSITION OF MOTION FOR RECONSIDERATION**<br><br>**(First Request)**<br><br>ECF No. 189 |

Pursuant to Local Rule IA 6-1(a) and Fed.R.Civ.P. 6(b)(1)(A), Counter-Defendant, LHF PRODUCTIONS, INC. (hereafter referred to as "Counter-Defendant" or "LHF"), and Counter-Plaintiff BRIAN KABALA ("Counter-Plaintiff" or "Kabala"), by and through their undersigned counsel, stipulate to extend the deadline for LHF to file its Opposition ("Opposition") to Kabala's Motion for Reconsideration (ECF 187), filed on September 12, 2018, from September 26, 2018,

FCA-W-0791                  1

to October 9, 2018, with Kabala's Reply to be due on October 23, 2018. This is the first request for such an extension.

LR IA 6-1 provides that stipulations to extend may be granted upon a showing of good cause when brought prior to the expiration of the relevant deadline. LR IA 6-1(a). LHF requests this extension to provide LHF's undersigned counsel with adequate time to draft and finalize a writ to be filed with the Nevada Supreme Court in an unrelated matter on October 1, 2018, the preparation of which would conflict with the time needed to properly prepare the Opposition in this matter. There is good cause to extend the deadline under such circumstances where Kabala will not be prejudiced by the extension but will have a concomitant period to file a Reply. Accordingly, the Parties hereby stipulate that the deadline for LHF to file its Opposition to ECF No. 187 shall be extended from September 26, 2018, to October 9, 2018, and the deadline for Kabala to file a Reply to the same shall be October 23, 2018.

DATED this 21th day of September 2018.

| | |
|---|---|
| By: */S/ F. Christopher Austin* <br> F. Christopher Austin, Esq. <br> caustin@weidemiller.com <br> **WEIDE & MILLER, LTD.** <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, NV 89144 <br><br> *Attorney for Counter-Defendant LHF Productions, Inc.* | By: */S/ Lisa L. Clay* <br> Jonathan D. Blum, Esq. <br> jblum@klnevada.com <br> **KOLESAR & LEATHAM** <br> 400 South Rampart Blvd, Suite 400 <br> Las Vegas, NV 89145 <br><br> Lisa L. Clay, Esq. (*Pro Hac Vice*) <br> lclayaal@gmail.com <br> 345 North Canal Street Suite C202 <br> Chicago, IL 60606-1333 <br><br> *Attorney for Counter-Plaintiff Brian Kabala* |

## **ORDER**

IT IS SO ORDERED

However, the parties are cautioned that extensions of deadlines will not be routinely granted based on counsel's workload and conflicting deadlines.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 25, 2018