# EXHIBIT 2

# EXHIBIT 2

F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805
*Attorneys for Plaintiff LHF Productions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>     Plaintiff,<br><br> v.<br><br>BRIAN KABALA, et. al.,<br><br>     Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:16-cv-02028-JAD-NJK<br><br>**DECLARATION OF RYAN GILE IN SUPPORT OF LHF'S MOTION FOR ATTORNEY FEES AND COSTS PURSUANT TO NRS § 41.670 (ANTI-SLAPP)** |

I, Ryan Gile, hereby declare as follows:

1. I am former counsel for Plaintiff/Counter-Defendant LHF Productions, Inc., ("Plaintiff or LHF") in the above captioned matter. I am over the age of 21, under no disability, and am competent to testify to the matters contained in this declaration. I make this declaration in support of LHF's motion for fees and costs pursuant to Nevada's Anti-SLAPP statute, Nev. Rev. Stat. § 41.670, incurred in connection with defending against Defendant's now-dismissed claim for abuse of process (the "Motion").

2. I was a partner with Weide & Miller, Ltd., counsel for LHF, at all times relevant to this Declaration. Weide & Miller was and remains a Tier 1 rated law firm ranked by the U.S. News & World Report. I have over ten (10) years of experience litigating civil disputes, primarily those focused on intellectual property infringement and related claims. My billing rate at all times relevant to this case was $320 per hour, which rate is consistent with, and, in fact is, below prevailing market rates in the Las Vegas community for someone of similar qualifications and

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0804  1

1  experience.

2  3.      I left Weide & Miller on April 13, 2018, to start my own solo legal practice under the name Gile Law Group.   I continue representing clients in various intellectual property matters, including trademarks, copyrights, and related litigation.  Recognizing that my hourly rate at Weide & Miller was below-market for someone with my level of experience, I now charge a billable hourly rate of $350 per hour.

4.      I am familiar with Weide & Miller's work and billing practices.  Prior to my departure, I was co-counsel with Mr. F. Christopher Austin on the captioned matter, and was very involved in the preparation and filing of the Reply in support of LHF's anti-SLAPP motion and assisted in all other aspects of the litigation as needed.  I have reviewed my billing entries and those of the other members of the firm on this matter that are relevant to the anti-SLAPP motion and the discovery matters undertaken thereafter in connection with LHF's abuse of process claim, and attest that those attributed to me and included in billing entries attached to the Motion for Fees and Costs as **Exhibit 3** are true and correct.

5.      Except as otherwise indicated, all of the facts set forth in this Declaration are based upon my personal knowledge of Weide & Miller's operations and finances, information learned from my review of relevant documents, and information supplied to me by other employees of the firm.  If called upon to testify as to the content of this Declaration, I could and would do so competently.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct.

DATED this 5th day of October 2018.

/s/ *Ryan Gile*
Ryan Gile, Esq.

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-0804                         2