# EXHIBIT 3

# EXHIBIT 3

In Reference To:        CMSERV.0001L
                        Litigation:  LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 3/9/2018 | FCA | Correspondence regarding preparation of an anti-SLAPP motion and court filings. | .40 360.00/hr | 144.00 |
| 3/13/2018 | FCA | Review and assesment of anti-SLAPP motion; identify case law in support of same; | 2.30 360.00/hr | 828.00 |
| 3/14/2018 | RRG | Confer with FCA regarding follow-up relative to proposed deposition and strategy relative to possible anti-SLAPP motion. | .20 320.00/hr | 64.00 |
| 3/15/2018 | FCA | Review and revise anti-SLAPP motion (3.8); confirm citations (1.5) replace unpublished citations with published ones (0.5) | 5.80 360.00/hr | 2,088.00 |
| 3/16/2018 | RRG | Review and revise draft Special Motion to Dismiss. | 1.0 320.00/hr | 320.00 |
| | FCA | Final revisions and confirmation of case citations and file anti-SLAPP motion | 3.0 360.00/hr | 1080.00 |
| | SW | Review, finalize, file and serve LHF's Special Motion to Dismiss | 0.20 125.00/hr | 25.00 |
| 3/19/2018 | RRG | Brief review of court order denying motion to compel.  Confer with FCA regarding same and regarding subpoena on Cox.  Confer with FCA regarding strategy relative to pending motion to dismiss. | 0.20 320.00/hr | 64.00 |

In Reference To:        CMSERV.0001L
                        Litigation: LHF Productions, Inc. vs. Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 3/19/2018 | FCA | Receipt and review of order denying motion to compel (0.8); receipt and assessment of letter from opposing counsel ().3) confirm issuance of subpoena on Cox (0.2); prepare document requests for Kabala (1.7) | 3.00 $360.00 | 1,080.00 |
| 3/19/2018 | SW | Prepare, finalize, file and serve Notice to Vacate Deposition of Brian Kabala; finalize subpoena to Cox Communications; telephone calls and emails to and from process server; confirm service can be effected today; office conference with FCA | 0.40 $125.00 | 50.00 |
| 3/20/2018 | FCA | Correspondence with opposing counsel regarding discovery (0.5); follow-up with co-counsel regarding same (0.2) | 0.70 360.00/hr | 252.00 |
| | SW | Review multiple emails attaching documents sent by Lisa Clay; office conferences with RRG and FCA regarding same; review Affidavit of Service on Cox Communications; exchange emails and telephone calls with Collin Ritsema (process server) | .50 125.00/hr | 62.50 |
| 3/31/2018 | FCA | Assess discovery produced by Kabala. | 1.00 360.00/hr | 360.00 |

In Reference To:        CMSERV.0001L
                        Litigation:  LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 3/22/2018 | FCA | Assess and properly respond to correspondence from opposing counsel (1.3); follow-up on next actions (0.2); review and revise proposed protective orders and addendum for disclosure of hard drive data (2.1) | 3.5 360.00/hr | 1,260.00 |
| 3/30/2018 | RRG | Review Kabala's response to Special Motion to Dismiss.  Exchange e-mails with co-counsel regarding same. | 1.00 320.00/hr | 320.00 |
| 4/4/2018 | RRG | Review e-mail from client counsel regarding status update relative to draft reply brief. Prepare e-mail response regarding same. Review follow-up e-mail from client counsel regarding status of reply brief. Prepare e-mail response regarding same. | 0.60 320.00/hr | 192.00 |
| 4/5/2018 | RRG | Review and revise draft reply brief in support of motion to dismiss.  Prepare e-mail to client counsel regarding same. | 1.80 320.00/hr | 576.00 |
| 4/6/2018 | RRG | Review e-mails from co-counsel regarding updated Reply Brief.  Review and revise same and e-mail updated draft to client counsel along with exhibit cover pages.  Receive final version of draft reply and confer with SW regarding filing of same with District Court. Prepare e-mail to client counsel attaching Filed Reply. | 1.30 320.00/hr | 416.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 5/2/2018 | FCA | Receipt and initial review of 15 discovery files from Chaz Rainey. | 1.80 360.00/hr | 648.10 |
| | FCA | Receipt and review of email from Lisa Clay requesting a stay of discovery (extension to disclosures of experts, etc.); confirm mistatements of stay requirements under application of Nevada anti-SLAPP in federal court; assess legal strategy in response; draft memorandum regarding same and send to client counsel and Chaz for further analysis on the best strategy in response to opposing counsel. | 1.90 360.00/hr | 684.00 |
| 5/7/2018 | FCA | Correspondence with opposing counsel regarding stipulation to stay discovery; review and revise proposed stipulation for stay of discovery; follow-up correspondence regarding same. | 0.50 360.00/hr | 180.00 |
| 5/9/2018 | FCA | Receipt and legal assessment of Judge Kope's denial of stipulation to stay discovery and comment that the anti-SLAPP motion was untimely having been filed 14 months after the filing of the counterclaim | 0.60 360.00/hr | 216.00 |

In Reference To:     CMSERV.0001L
                          LHF Productions, Inc. vs.  Kabala
                          United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| | FCA | Pull Nevada and California case law (since it is generally applicable by Nevada rulings to Nevada's anti-SLAPP) and assess most recent precedents regarding long-standing precedent that the 60-day procedural filing deadline for an anti-SLAPP motion "runs from the filing of the latest amende d [counterclaim]"; assess March 2018 California Supreme Court case (Newport Harbor Ventures v. Morris Cerullo World Evangelism) revising the same and limiting the running of the 60-day time limit from the filing of an amended complaint "if the moving party could not have brought the motion [earlier]" | 0.70 360.00/hr | 252.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 5/9/2018 | FCA | Correspondence with client counsel regarding court's denial of motion to stay and identifying the issues associated with Judge Kope's preliminary finding that the motion was untimely and the Newport Harbor Venture's CA case's potential support for the same. | 0.30 360.00/hr | 108.00 |
| | FCA | Pull Federal and state case law assessing the applicability of the Nevada or California anti-SLAPP 60-day filing requirement to federal court, including the following: assess the 2016 Sarver v. Shartier case holding the 60-day requirement inapplicable in federal court as in conflict with Rule 56; confirm applicability to our case; pull Randazza v. Cox holding, confirming that to the extent the 60-day rule is applicable, in Nevada federal court it runs from the filing of the most recent amended counterclaim; pull draft memorandum from Randazza case showing abuse of discretion on part of court not to liberally extend any applicable 60-day filing requirement where the facts of the case are not settled. | 0.60 360.00/hr | 216.00 |
| | FCA | Correspondence with client counsel setting forth legal analysis of options in response to Judge Kope's preliminary assessment that the anti-SLAPP is untimely because it was filed 14 months from the original counterclaim, and providing three alternative arguments against the same. | 0.30 360.00/hr | 108.00 |

In Reference To:     CMSERV.0001L
                     LHF Productions, Inc. vs.  Kabala
                     United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 5/17/2018 | FCA | Correspondence with opposing counsel regarding setting up a meet and confer on discovery matters. | 0.10<br>360.00/hr | 36.00 |
| 5/22/2018 | FCA | Assess lengthy discovery demands from opposing party in preparation for meet and confer teleconference (1.1); pull relevant correspondence and review same in preparation for meet and confer with opposing party (0.7); teleconference with client counsel specifically assessing  appropriate PMK for each topic for the 3 deposition notices (1.3); teleconference with opposing counsel (meet and confer) regarding outstanding discovery matters (1.3); correspondence with client counsel discussing 8 issues discussed with opposing counsel, status, and recommendations regarding each (0.4); Call with client counsel following up on status of responses to requests for production, proposed response to request to cover half the travel expenses, and other matters raised in meet and confer meeting (0.4) | 5.20<br>360.00/hr | 1,872.00 |
|  | BS | Save and review Plaintiff's 3rd Set of Request for Production of Documents; Docket response deadline | 0.20<br>110.00/hr | 22.00 |
|  | BS | Save redlined Protective Order from Lisa Clay; docket deadline to ensure revisions are made and sent back | 0.10<br>110.00/hr | 11.00 |

In Reference To:     CMSERV.0001L
LHF Productions, Inc. vs.  Kabala
United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| | | . | | |
| 5/23/2018 | FCA | Correspondence with Chaz and client counsel confirming docs responsive to recent request for production were held per stay unilaterally imposed by opposing counsel (0.1); review responses to requests for production prepared by Chaz (1.2) | 1.30 360.00/hr | 468.00 |
| 5/24/2018 | FCA | Correspondence from opposing counsel regarding discovery requests (0.1); assessment of attached discovery production requests and responses (0.3); draft response to opposing counsel on all matters raised in prior emails after reviewing notes of prior meetings and actions incorrectly referenced in opposing counsel email (0.2). | 0.60 360.00/hr | 216.00 |
| 5/25/2018 | FCA | Receipt of correspondence from opposing counsel regarding meet and confer and coordinating a follow-up meeting (0.2); | 0.20 360.00/hr | 72.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 5/29/2018 | BS | Organize and Bates Stamp Produced Documents; create index | 1.50 110.00/hr | 165.00 |
| | BS | Save and review Model Agreement re Discovery of Electronically Stored Information and [Proposed] Order | 0.10 110.00/hr | 11.00 |
| | FCA | Review bates numbered documents for return to opposing party (0.2); review history of stay or hold on responses to third request for documents in Kabala and claim that objections are waived (0.7); review 3rd request for production and responses to identify means of limiting unnecessary later litigation on these issues (1.2); prepare for meet and confer by assessing status of each of the 5 items to be addressed at meeting, pulling correspondence, reviewing relevant documents, etc. (1.2) | 3.30 360.00/hr | 1,188.00 |
| 5/31/2018 | FCA | Teleconference with client counsel regarding status of production of Kabala computer and protective order (0.2); correspondence with opposing counsel regarding issues regarding additional meet and confer (0.2) | 0.40 360.00/hr | 144.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs. Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 6/1/2018 | FCA | Prepare for meet and confer conference; assess status of outstanding issues raised at prior meeting (0.3); conference with opposing counsel team to assess outstanding issues and particularly issues regarding depositions and protective orders regarding access to defendant's computer (1.1); review of issues and correspondence regarding access to defendant's computer (1.6); follow-up with client counsel regarding meeting with opposing counsel and requesting direction from client regarding outstanding discovery issues (0.3) | 3.30 360.00/hr | 1,188.00 |
| 6/5/2018 | FCA | Review and assessment of opposing counsel June 4, 2018, letter (0.6); teleconference with client counsel on issues raised in that letter (0.3); preparation of response to the same in conjunction with deposition availability of proposed witnesses (1.9); email to client counsel regarding research needed in support of our claim that we are not obligated to produce third parties as 30(b)(6) witnesses when the topics are beyond the scope of plaintiff's operations, and that it is sufficient to identify such third parties who could speak to such issues (0.2); review response email from opposing counsel and identify issue regarding further legal research in order to respond (0.1); forward same to client counsel requesting whether she or I should engage in the research required to respond to opposing counsel (0.1) | 3.20 360.00/hr | 1,152.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| **Date** | **Atty** | **Details** | **Hrs/Rate** | **Amount** |
|------|------|---------|----------|--------|
| 6/6/2018 | FCA | Receipt and assessment of research in response to opposing counsel's argument that we must designate a witness to respond to all identified topics in a 30(b)(6) notice (0.5); identify issues for further research and follow-up with client counsel regarding same (0.1); review expert reports and declarations of Perino and Bunting for other cases (1.3); email to client counsel requesting customized report for this case (0.1) | 2.0 360.00/hr | 720.00 |
| 6/7/2018 | FCA | Receipt and analysis of detailed letter from opposing counsel challenging our Rule 30(b)(6) designations and the times witnesses could be available to testify (1.2); pull references to other correspondence and documents cited in the letter to confirm accuracy of the same and prepare proposed response to the same for review by client counsel (1.6); pull relevant legal authority challenging the scope of topics for the three Rule 30(b)(6) notices served on LHF (1.2) | 4.00 360.00/hr | 1,440.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 6/11/2018 | FCA | Correspondence with opposing counsel regarding draft interim status report and disputes regarding same (1.5); receipt and review of Perino expert report (0.9); follow-up with client counsel regarding revisions to interim status report (0.2); draft initial expert disclosures (127 page document) with expert reports for Perino, Bunting, Richter, and Young (2.3). | 4.90 360.00/hr | 1,764.00 |
|  | BS | Review and save minute order from judge regarding joint interim status report; docket new deadline to file amended status report. | 0.10 110.00/hr | 11.00 |
| 6/13/2018 | FCA | Draft detailed letter in respond to Lisa Clay's June 7, 2018 letter transparently seeking to set up a motion to compel. | 1.60 360.00/hr | 576.00 |
| 6/15/2018 | FCA | Receipt and review of opposing party renewed motion to compel (0.5) | 0.50 360.00/hr | 180.00 |
| 6/18/2018 | FCA | Review court order rejecting joint status report and pull referenced orders to correct same (0.3); Teleconference with opposing counsel regarding corrections to joint status report (0.3); review call to client counsel regarding same and assessing whether there is interest in arbitration, mediation, short trial or magistrate adjudication of the case (0.2); confirm deadline for opposition to renewed motion to compel is governed by prior order on original motion to compel (ECF 137) and not by rules, limiting deadline to 4 calendar days (0.2); correspondence and voice messages with both opposing counsel requesting standard time to oppose (to June 28, 2018) (0.2); email to client counsel informing her of situation and identifying proposed strategy (0.2); meet and confer with opposing | 7.80 360.00/hr | 2,808.00 |

In Reference To:        CMSERV.0001L
                            LHF Productions, Inc. vs. Kabala
                            United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| | | counsel telephonically to stipulate to extending deadline to opposing motion to compel and to extend deadline for rebuttal experts and discovery by a month (0.3); draft stipulated motion for an order to extend deadline to oppose renewed motion to compel and draft declaration in support of same (2.3); review and revise proposed stipulation and order extending discovery deadlines (0.7); contentions correspondence with opposing counsel who upon viewing the stipulation to set a standard briefing schedule determined it would harm her motion to compel and demanded significant revisions to the same in order to stipulate to it (0.6); review and revise second draft of motion to reset briefing deadlines to motion to compel (1.9); draft declaration in support of stipulation to extend discovery deadlines (0.6). | | |
| 6/18/2018 | BS | Download and save Motion to Compel Certain Written Discovery Responses; docket deadline to file opposition. | 0.30 110.00/hr | 33.00 |
| 6/19/2018 | FCA | Correspondence with opposing counsel regarding stipulation to extend deadline to file opposition to motion to compel (0.1); revisions to the same (0.2); revisions to declaration in support of the same (0.3); correspondence regarding availability of Perino to testify and enclosing protective order regarding disclosure of code (0.3); correspondence from opposing counsel objecting to language in my declaration in support of Stipulation to extend discovery (0.1); revisions to same and follow-up correspondence with opposing counsel (0.3); review and respond to Jessica's email regarding response to 3rd RFP (0.2); receipt | 2.60 360.00/hr | 936.00 |

In Reference To:      CMSERV.0001L
                      LHF Productions, Inc. vs. Kabala
                      United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| | | and review of opposing counsel revisions to stipulation to extend briefing deadlines for renewed motion to compel, and finalize same (0.3); revise declaration in support of same (0.4); call from opposing counsel regarding amendments to the interim status report as required by Judge Kope (0.1); make necessary amendments in conformance with LR II 26-3 and coordinate with opposing counsel to secure timely filing (0.3); assessment of the protective orders used in the Hazar matter and agreed to by the opposing expert, | | |
| 6/19/2018 | BS | Review, PDF, then file 1st Stipulation & Order to Extend Briefing Schedule and Declaration of FCA; download and saved filed documents. | 0.30 110.00/hr | 33.00 |
| 6/20/2018 | FCA | Call from Ben Perino regarding conditions for disclosure of Code and notes regarding same (0.3); correspondence with opposing counsel regarding filing of stipulation to extend discovery (0.2); correspondence with client counsel regarding proposed protective order and motion for protective order and review and revisions to same and strategy regarding same (1.4); correspondence with client counsel regarding production of opposing party hard drive and disclosure of forensic expert (Ottinger) and preparation of strategy regarding same (1.8) | 2.70 360.00/hr | 972.00 |
| | RSW | Discuss case with FCA including aspect of missed deadline to designate experts and burden of proof of counter-plaintiff and potential evidence and counter-evidence and strategy going forward. | 0.50 350.00/hr | 175.00 |

In Reference To:     CMSERV.0001L
                     LHF Productions, Inc. vs.  Kabala
                     United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 6/20/2018 | BS | Review case strategy from FCA; put into word document and save into attorney notes for future reference. | 0.10 110.00/hr | 11.00 |
| | BS | Download, save, and review Stipulation & Order to Extend Time for Certain Discovery Deadlines. | 0.20 110.00/hr | 22.00 |
| | BS | Download and save Order Granting Stipulation. & Order; re-docket Discovery deadlines. | 0.20 110.00/hr | 22.00 |
| | BS | Download and save Amended Joint Status Report | 0.10 110.00/hr | 11.00 |
| 6/21/2018 | FCA | Review Perino declaration in support of motion for protective order (0.1) | 0.10 360.00/hr | 36.00 |
| 6/22/2018 | FCA | Review and revise proposed source code protective order pursuant to direction of GuardeLey to permit disclosure in this action under its terms of GL's code (1.6); correspondence with opposing counsel regarding same (0.1); draft/revise responses to Kabala's Third Request for Production and consult with client counsel regarding same (4.9) | 6.60 360.00/hr | 2,160.00 |
| | BS | Review case notes from FCA; put into word document and save into attorney notes for future reference. | 0.10 110.00/hr | 11.00 |
| 6/25/2018 | FCA | Assess issues with opposing party demand that we exclude public lines of code from classification and follow-up with client counsel regarding same to see if existing research/motion practice in other jurisdictions have addressed the issue to minimize the costs of doing so again (0.2); correspondence with opposing counsel seeking extension to file | 3.20 360.00/hr | 1,152.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| | | reply in support of motion to withdraw admission (0.3); draft motion requesting extension and supporting declaration (1.2); review case law research for quashing or challenging improper Rule 30(b)(6) notices and follow-up with client counsel regarding same (0.6); review correspondence from opposing counsel and identify proposed response to same (0.7); direct preparation of supplemental disclosures (0.2). | | |
| 6/25/2018 | BS | Bates stamp documents to be produced. | 0.30 110.00/hr | 33.00 |
| | BS | Download documents on thumb drive to send to opposing counsel. | 0.30 110.00/hr | 33.00 |
| | | Review and save letter from opposing counsel and Notice of Deposition. | 0.20 110.00/hr | 22.00 |
| 6/26/2018 | FCA | Follow-up with client counsel on discovery responses produced to date; correspondence with opposing counsel regarding meet and confer and scheduling requests | 0.40 360.00/hr | 144.00 |

In Reference To:    CMSERV.0001L
                    LHF Productions, Inc. vs. Kabala
                    United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 6/27/2018 | FCA | Receipt and assessment of detailed objections to responses to 3rd RFP's from opposing counsel (0.4); confirm deposition of Yunger proceeding on July 9th (0.2); review and revise opposition to motion to compel, outline declaration in support of the same (2.9); confirm receipt of all documents in format requested for production as reported in opposition to motion to compel and follow-up with client counsel regarding same, update document production log and relevant bates numbers, confirm transmittal by electronic means (2.2). | 5.60 360.00/hr | 2,016.00 |
| | BS | Organize and bate stamp documents to be produced; Prepare cover letter for sending documents to opposing counsel; finalize same for mailing. | 2.00 110.00/hr | 220.00 |
| 6/28/2018 | FCA | Prepare correspondence disclosing documents requested in native format (0.4); correspondence with client and opposing counsel regarding scheduling of Robert Young and Jonathan Yunger's depositions (0.5); revisions to opposition to motion to compel (1.6); prepare notice of topics to be redacted from 30(b)(6) notice that can be addressed by other witnesses (1.6); draft declaration in support of opposition to motion to compel (0.5) | 4.60 360.00/hr | 1,656.00 |
| 6/29/2018 | BS | Edit and finalize Response in Opposition to Motion to Compel and exhibits for filing with District Court; File same; Download and save filed documents. | 2.30 110.00/hr | 253.00 |

In Reference To:      CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 6/29/2018 | FCA | Review and direct corrections to amended initial disclosures, finalize revisions to opposition to motion to compel and declaration in support | 1.20 360.00/hr | 432.00 |
| 7/2/2018 | FCA | Receipt and assessment of correspondence from opposing counsel demanding revised protective order and dates for meet and confer on objections to 3rd RFP (0.5); call with client counsel regarding deposition preparation for Jonathan Yunger (0.8); revise proposed protective order (1.8); correspondence with opposing counsel requesting agreement to proposed stipulated protective order (0.2); call with opposing counsel regarding same (0.2); revise LHF 30(b)(6) topic objections chart, correspondence with opposing counsel requesting removal of objectionable topics (1.2) | 4.70 360.00/hr | 1,692.00 |
| | BS | Proof read, finalize, and file Proposed Stipulated Protective Order; Download and save filed documents. | 0.70 110.00/hr | 77.00 |
| 7/3/2018 | FCA | Correspondence with opposing counsel regarding refusal to limit topics (0.2); research, revise and add additional substantive arguments to motion for protective order against overbroad Rule 30(b)(6) topics (2.7). | 2.90 360.00/hr | 1,044.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 7/3/2018 | BS | Organize and create table for witness deposition availability; send to client. | 0.70 110.00/hr | 77.00 |
| 7/4/2018 | FCA | Research case law in support of a protective order limiting topics to those reasonably known by the corporation | 1.70 360.00/hr | 612.00 |
| 7/5/2018 | FCA | Pull case law in support of motion for a protective order on the Yunger deposition (2.2); draft and revise motion (2.8); preparation for and teleconference with Yunger in preparation of his 30(b)(6) deposition (2.2); draft and revise Yunger declaration in support of the motion (0.4); draft counsel declaration in support of the motion (0.2); meet and confer call with opposing counsel in futile effort to resolve dispute (0.2); prepare exhibits in support of motion (0.3) | 8.30 360.00/hr | 2,988.00 |
| | BS | Download and save Motion for Entry of a Protective Order re Rule 30(B)(6) Deposition and enclosed exhibits; docket response deadlines. | 0.30 110.00/hr | 33.00 |
| 7/6/2018 | FCA | Receipt and assessment of court's summary denial of motion for protective order (0.3); outline response to same and review of all relevant correspondence to counter false factual conclusions of the court based on misleading and incorrect representations in emails by opposing counsel (2.5); follow-up with client counsel regarding same (0.5) | 3.30 360.00/hr | 1188.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs. Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Details | Atty | Details | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/6/2018 | BS | Download, save and review Reply to Response to Motion to Compel. | 0.20 110.00/hr | 22.00 |
| | BS | Bates stamp and produce agreement documents to opposing counsel for deposition. | 1.50 110.00/hr | 165.00 |
| 7/9/2018 | FCA | Rule 30(b)(6) Deposition of Jonathan Yunger; preparation for same; follow-up discussion with Jonathan. | 9.20 360.00/hr | 3,312.00 |
| 7/10/2018 | FCA | Teleconference with client counsel regarding results of deposition and issues that need to be addressed and strategy for same (0.4); direct staff to coordinate with IT to confirm simultaneous video and computer recordation in a teleconference deposition and follow-up regarding same (0.3); receipt and assessment of letter from opposing counsel (0.8) | 1.50 360.00/hr | 540.00 |
| | BS | Confer with FCA regarding setting up video deposition for Arheidt. | 0.20 110.00/hr | 22.00 |
| 7/11/2018 | FCA | Receipt of correspondence from opposing counsel requesting designations on LHF000160-193 be removed (0.2); follow-up with client counsel regarding same (0.1) | 0.30 360.00/hr | 108.00 |

In Reference To:     CMSERV.0001L
                     LHF Productions, Inc. vs.  Kabala
                     United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 7/12/2018 | FCA | Receipt of a correspondence from opposing counsel requesting production of documents listed in copyright filings and draft of response to the same regarding documents requested from the 30(b)(6) deposition of LHF (1.1); follow-up with client regarding Yunger deposition issues (0.2) | 1.30 360.00/hr | 468.00 |
| 7/13/2018 | FCA | Follow-up with client counsel regarding production of copyright deposits in response to request from opposing counsel (1.0); load online video conferencing protocol to test same for remote video deposition of Daniel Arheidt (0.3); review copyright markings on DVD London Has Fallen to confirm LHF still listed as holder despite lack of such marking on packaging or the disk (0.5) | 1.80 360.00/hr | 648.00 |
| 7/16/2018 | FCA | Detailed correspondence with opposing counsel responding to specified document and other discovery requests (1.5); correspondence with LHF counsel regarding documents and evidence needed to prove copyright ownership (1.3) | 2.80 360.00/hr | 1,008.00 |
|  | BS | Email court reporter regarding expediting transcript from deposition. | 0.10 110.00/hr | 11.00 |

Weide & Miller 2110

Invoice                                                                                                 Page 22

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 7/17/2018 | FCA | Correspondence from DelMarie regarding copyright office documents LHF has and can produce and response requesting LHF provide confirmation that all security interests have been satisfied, and follow-up correspondence regarding same (0.8); formal correspondence to opposing counsel identifying which of the 15 copyright records LHF will produce and explaining why it is not obligated to produce the rest (1.2); correspondence with client counsel regarding removal of confidentiality designations on produced documents and redactions of percentages in agreements (0.2); follow-up formal email with opposing counsel regarding detailing discovery issues and follow-up with client counsel for confirmation regarding same (1.2); teleconference with client counsel regarding discovery strategy (0.4) | 3.80 360.00/hr | 1,368.00 |
| | BS | Calendar upcoming deadlines regarding sending opposing counsel discovery documents. | 0.20 110.00/hr | 22.00 |
| 7/18/2018 | BS | Bates number documents to be produced. | 0.70 110.00/hr | 77.00 |
| 7/19/2018 | FCA | Review correspondence from client counsel; call client counsel;  draft responses (0.3); teleconference with client counsel regarding response to opposing counsel regarding depositions of Arheidt and Perino (0.2); draft responding correspondence to Clay (0.8); revisions to Clay response (0.3) | 1.60 360.00/hr | 576.00 |
| 7/20/2018 | FCA | Back and forth detailed correspondence with opposing counsel countering claims of unavailability for Arheidt and Perino and securing deposition dates the last week of August (2.8); | 5.90 360.00/hr | 2,124.00 |

In Reference To:      CMSERV.0001L
                      LHF Productions, Inc. vs.  Kabala
                      United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| | | confirm factual representations by researching all relevant prior communications from opposing counsel (1.5); follow-up with client regarding same on each round of such correspondence (0.4); assess issues with moving for a protective order on the Code and follow-up with client regarding same (1.2) | | |
| 7/20/2018 | BS | Create public copies of the confidential produced documents by redacting rates/percentages. | 1.50 110.00/hr | 165.00 |
| 7/23/2018 | BS | Bates number documents to be produced. | 0.40 110.00/hr | 44.00 |
| | FCA | Correspondence with opposing counsel regarding deposition notice of Arheidt and Perino the last week of August (0.3); prepare subpoenas of Arheidt and Perino at our offices for the same date and time in the alternative to the subpoenas noticed by opposing counsel (1.4); follow-up with client counsel on issues associated with bringing a motion for a protective order and on securing reports of LHF infringement funds recovered (0.9) | 2.60 360.00/hr | 936.00 |
| 7/24/2018 | FCA | Correspondence with client regarding recent case law, the Perino deposition notice, and status of this action; correspondence with opposing counsel producing promised documents (1.3); follow-up with client regarding reports of revenues from infringement actions (0.3); teleconference with client representative regarding production requests and depositions of Perino and Arheidt (1.5) | 3.10 360.00/hr | 1,116.00 |

Invoice                                                                                              Page 24

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs. Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 7/25/2018 | FCA | Call to R. Green and Marc Randazza confirming ability to timely represent GL and ME as well as briefing them on the relevant issues regarding same (0.5); assess propriety of seeking to stay further discovery in the case pending the court's rulings on dispositive motions including the anti-SLAPP motion to avoid costs of deposing two witnesses from Germany and the costs associated with contentious discovery litigation(1.7) | 2.20 360.00/hr | 792.00 |
| 7/26/2018 | FCA | Teleconference with client regarding strategy and depositions of Arheidt and Perino (1.2); identify and outline proposed strategy going forward (2.5) | 5.20 360.00/hr | 1,872.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 7/26/2018 | BS | Prepare subpoena and rider for subpoena for Arheidt deposition. | 0.80 110.00/hr | 88.00 |
| 7/30/2018 | FCA | Receipt of proceeds reports; follow-up regarding same; correspondence with opposing counsel regarding same (0.3) | .30 360.00/hr | 108.00 |

In Reference To:            CMSERV.0001L
                            LHF Productions, Inc. vs.  Kabala
                            United States District Court, Nevada Case No. 2:16-cv-02028

| **Date** | **Atty** | **Details** | **Hrs/Rate** | **Amount** |
|----------|----------|-------------|--------------|------------|
| 8/2/2018 | FCA | Teleconference with client counsel regarding same and assessing propriety of a stipulation not to call Perino or Arheidt as witnesses since we have no affirmative claims (0.6). | .60<br>360.00/hr | 2,16.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs. Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 8/6/2018 | FCA | Covenant to limit same to scope of Complaint (0.9); review and revisions to Arheidt objections to scope of subpoenaed documents (1.2); follow-up with client counsel regarding objections (0.4); draft letter and finalize subpoena objections on behalf of Arheidt (0.6) | 2.20 360.00/hr | 792.00 |
| 8/8/2018 | FCA | Correspondence with opposing counsel regarding request to meet and confer (0.2) | .20 360.00/hr | 72.00 |
| 8/10/2018 | FCA | Follow-up with LHF general counsel regarding same (0.3); prepare for meet and confer with opposing counsel on 15 items of contention (1.3); meet and confer conference with opposing counsel (0.7); follow-up with client regarding production of items requested by opposing counsel (0.6); assess issues regarding outstanding discovery and review file (0.8) | 3.40 360.00/hr | 1,224.00 |
| 8/13/2018 | FCA | Call from opposing counsel, Curt Edmonson, regarding inability to open .tar and .torrent files (1.4); call with Jay DeVoy to assess his availability to represent Ben and Dan at upcoming depositions, assessment of issues regarding same, follow-up with client regarding same (0.6). | .70 360.00/hr | 252.00 |

In Reference To:          CMSERV.0001L
                          LHF Productions, Inc. vs. Kabala
                          United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 8/14/2018 | FCA | Correspondence with client representative on status of matter and forwarding recently filed motions to dismiss | 3.30 360.00/hr | 1,188.00 |
| | FCA | Call with client regarding strategy (0.5); draft objections to Perino subpoena document requests and follow-up regarding same (1.9). | 2.40 360.00/hr | 864.00 |
| 8/15/2018 | FCA | Receipt and assessment of Perino revised objections; finalize and serve on opposing counsel (0.3); revise initial disclosures to remove all witnesses unrelated to abuse of process defense (0.7); prepare for meet and confer with opposing counsel (1.2); meet and confer conference with opposing counsel (1.3); revise litigation strategy in light of opposing party representations regarding purposes for seeking certain documentation (0.5); draft confirmation memorandum of results of meeting (0.3); draft amended Arheidt objections to subpoena (0.7); draft second amended initial disclosures, removing all witnesses other than Yunger, and limiting discovery only to the abuse of process counterclaim (1.4); draft withdrawal of initial expert disclosures, removing same as witnesses in this action (0.6) | 7.00 360.00/hr | 2,520.00 |

In Reference To:       CMSERV.0001L
                       LHF Productions, Inc. vs.  Kabala
                       United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 8/15/2018 | BS | Review and send opposing counsel Perino's objection to subpoena. | 0.40 110.00/hr | 44.00 |
| | BS | Re-bates stamp NuImage 2016-2017 Report; delete non-relevant documents and edit bates stamp index. | 0.20 110.00/hr | 22.00 |
| | BS | Convert original Plaintiff's Amended Disclosures from a pdf into a word document; edit disclosures to remove all witnesses except for Jonathan Yunger; further edit formatting; send to FCA for review. | 0.80 110.00/hr | 88.00 |
| | BS | Review and send opposing counsel Arheidt's amended objections to subpoena. | 0.50 110.00/hr | 55.00 |
| 8/16/2018 | BS | Review, finalize, and send opposing counsel Plaintiff's Second Amended Disclosures. | 0.50 110.00/hr | 55.00 |
| | BS | Review, finalize, and send opposing counsel LHF's Withdrawal of Designation of Experts and Disclosure of Expert Testimony. | 0.50 110.00/hr | 55.00 |
| 8/20/2018 | FCA | Receipt and review of Reply in support of motion to dismiss counterclaim in ND Ill. forwarded by client due to use of 9th Cir. relevant precedential case law useful in present matter (0.4); receipt of opposing counsel declaration in support of motion to compel, assessment of same, draft redline changes to same inputting reasons why requested documents are not relevant, unavailable, cannot be compelled, etc., correspondence with Perino requesting follow-up on same and review of proposed responses (2.2); review and approve requested stipulation by opposing party to extend deadline to file oppositions to motions to dismiss (0.2) | 2.80 360.00/hr | 1,008.00 |

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs. Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| | BS | Download and save Order Granting Stipulation and Order to Extend Briefing Deadlines; calendar new response deadlines. | 0.20 110.00/hr | 22.00 |
| | BS | Calendar depositions dates for Arheidt and Perino. | 0.20 110.00/hr | 22.00 |
| | FCA | Receipt and review of client input regarding responses to opposing counsel regarding status of items sought in a potential motion to compel; assessment and revisions to same (1.2) | 1.20 360.00/hr | 432.00 |
| | BS | Redact unrelated information from 2016-2017 report being produced as LHF 000396; send same to opposing counsel. | 0.30 110.00/hr | 33.00 |
| | BS | Copy Bates Numbers LHF 000147-000153 and LHF 000155 onto two separate thumb drives; prepare and print cover letters to send to two of the opposing counsel; update and print LHF's Bates Numbered Index; prepare certified mailing requirements and mail all documents to opposing counsel. | 1.50 110.00/hr | 165.00 |
| 8/22/2018 | FCA | Receipt and assessment of opposing party motion to remove designations and redactions on certain disclosed documents; follow-up with client regarding same. | 0.80 360.00/hr | 288.00 |
| 8/23/2018 | FCA | Call from client representative regarding representation for Ben and Daniel at their depositions and preparations for same and follow-up request for review of financial | 1.50 360.00/hr | 540.00 |

Invoice                                                                                                    Page 31

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| | | documentation (0.3); response to correspondence from opposing counsel regarding production of financial documents (0.4); response to correspondence from opposing counsel regarding changes to meet and confer representations (0.8) | | |
| 8/23/2018 | BS | Download, save, and review Motion Challenging Confidential Designation of Certain Documents Produced; calendar response deadline. | 0.40 110.00/hr | 44.00 |
| 8/24/2018 | FCA | Teleconference with Ben Perino regarding logistics and depo preparation; follow-up regarding same (0.3); receipt and assessment of Court's order granting motions to dismiss counterclaims of defendant and closing case; follow-up with client regarding next actions (filing of motion for fees and costs) and likelihood of appeal by opposing party (1.9); pull billing records and assess fees properly the subject of motion for fees and costs. | 2.20 360.00/hr | 792.00 |
| | BS | Download, save, and review Order Dismissing All Claims and Closing Case, Clerk's Judgment, and Report on Determination of an Action. | 0.50 110.00/hr | 55.00 |
| 8/27/2018 | FCA | Correspondence with client representative regarding information needed for petition for fees and costs and potential appellate issues. | 0.90 360.00/hr | 324.00 |
| 8/28/2018 | FCA | Correspondence with Lisa Clay regarding post judgement actions and stipulations for timing regarding the same; follow-up with client regarding same(0.3); pull case law in support of motion for award of attorney fees under anti-SLAPP (1.3) | 1.60 360.00/hr | 576.00 |

In Reference To:     CMSERV.0001L
                            LHF Productions, Inc. vs.  Kabala
                            United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 8/29/2018 | FCA | Follow-up with LHF representative on receipt of invoices for costs and fees incurred (0.2); outline motion for attorney's fees and costs under anti-SLAPP law (0.8); | 1.00 360.00/hr | 360.00 |
| 8/30/2018 | FCA | Identify issues regarding motion for attorney's fees and pull case and statutory citations regarding same (1.2); receipt and assessment of client documentation of fees and costs incurred (0.8); follow-up with client regarding same (0.2). | 2.20 360.00/hr | 792.00 |

Invoice                                                                          Page 33

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 9/5/2018 | BS | Download, save, and review Bill of Costs; Calendar objection deadline. | 0.50 110.00/hr | 55.00 |
| 9/6/2018 | FCA | Call with client representative regarding status of motion for attorney's fees and next actions | 0.20 360.00/hr | 72.00 |
| 9/10/2018 | FCA | Review and analysis of Edmondson's Bill of Costs (#183) confirming all costs were incurred on claims on which Kabala did not prevail and for which he is not entitled to recover costs (0.3); review and analysis of Kabala's motion for attorney fees and costs with exhibits (#184), confirming again that all costs and fees were incurred on counterclaims to which Kabala was not the prevailing party, but also identifying factual allegations that Kabala will likely seek to use in his pending motion for reconsideration of the court's granting of our anti-SLAPP motion (1.3); correspondence with Chaz Rainey requesting a response against the false allegations claimed by Kabala regarding the early settlement discussions in this matter (0.1); preparation of comprehensive assessment of all motions for client representative together with a next action statement itinerary (1.2); correspondence with Chaz Rainey regarding all conversations and supporting records Rainey had with Kabala after LHF dismissed its claims (0.5) | 3.40 360.00/hr | 1,224.00 |

In Reference To:      CMSERV.0001L
                           LHF Productions, Inc. vs. Kabala
                           United States District Court, Nevada Case No. 2:16-cv-02028

| Date | Atty | Details | Hrs/Rate | Amount |
|------|------|---------|----------|--------|
| 9/10/2018 | BS | Download, save, and review Motion for Award of Costs and Attorney Fees with exhibits; Calendar response deadline. | 0.50 110.00/hr | 55.00 |
| 9/12/2018 | BS | Download, save, and review Kabala's Motion for Reconsideration and attached exhibits; Calendar response deadline. | 0.40 110.00/hr | 44.00 |
| | FCA | Receipt and review of motion for reconsideration filed by opposing counsel (1.5); follow-up with client regarding same. (0.1) | 1.60 360.00/hr | 576.00 |
| 9/18/2018 | BS | Download Yunger's deposition transcript with exhibits from disk onto directory; copy documents to drop box; forward Dropbox link to co-counsel. | 0.30 110.00/hr | 33.00 |
| 9/21/2018 | BS | Confer with FCA regarding preparing Stipulation to extend time to respond to Bill of Costs and Motion for Award of Costs and Attorney Fees and preparing Stipulation to extend time to respond to Motion for Reconsideration; draft Stipulations; send to FCA for review; make further edits to documents; finalize and print documents to pdf; electronically file both with court; download and save filed documents; calendar new response and reply deadlines. | 1.50 110.00/hr | 165.00 |

In Reference To:       CMSERV.0001L
                       LHF Productions, Inc. vs.  Kabala
                       United States District Court, Nevada Case No. 2:16-cv-02028

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/24/2018 | FCA | Draft factual background to opposition to Kabala Motion for prevailing party fees and costs (1.1); pull and research relevant case law in support of argument that no fees are proper (1.2); draft argument in support of same (2.8); research case law in support of Fogerty factor analysis (4.7); draft analysis of same, pulling and confirming supporting pleadings (3.9). | 9.80 360.00/hr | 3,528.00 |
| 9/25/2018 | FCA | Draft declarations in support of opposition to motion for attorney's fees and costs (1.4); pull case law and perform research in connection with objection to Bill of Costs submitted by Edmonson (1.8); draft objection against bill of costs (2.9) | 6.20 360.00/hr | 2,232.00 |
|  | FCA | Draft and file objection to Bill of Costs of Defendant Kabala (0.5); draft stipulation to extend time to file opposition (retroactively) to motion for costs and fees (0.6); correspondence with opposing counsel to secure non-opposition to the same if possible; (0.1) draft declaration in support of same (0.2) | 1.40 360.00/hr | 504.00 |
|  | BS | Download, save and review Order Denying Stipulation to Extend Deadline for Filing of Petitions for Attorneys' Fees and Costs; calendar deadline to file. | 0.20 110.00/hr | 22.00 |

Weide & Miller 2:16-cv-02028-JAD-NJK Document 197-3 Filed 10/06/19 October 4, 2018
Case 2:16-cv-02028-JAD-NJK Document 197-3 Filed 10/06/19 Page 37 of 89

Invoice                                                                                     Page 36

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs. Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

|  |  |  | **Hrs/Rate** | **Amount** |
|---|---|---|---|---|
| 10/3/2018 | FCA | Review client counsel billing records of to identify billing entries relevant to motion for fees and costs | 4.10 360.00/hr | 1,476.00 |
| 10/4/2018 | FCA | Call with client counsel regarding recoverable fees and costs re: anti-SLAPP motion (0.6) complete review of identification relevant firm billing entries through September relevant to anti-SLAPP (1.6); research case law regarding scope of anti-SLAPP fees recoverable (1.8); revise outline of issues and supporting law for motion on same (2.9) | 7.0 360.00/hr | 2,520.00 |

|  |  |
|---|---|
| **Total fees** | **221.20**     **$72,849.50** |

| Attorney Name | Initials | Rate | Hours | Total |
|---|---|---|---|---|
| F. Christopher Austin | FCA | $360.00/Hour | 188.40 | $67,824.00 |
| Ryan R. Gile | RRG | $320.00/Hour | 6.10 | $1,952.00 |
| R. Scott Weide | RSW | $350.00/Hour | .50 | N/C |
| Sally Wexler | SW | $125/Hour | 1.10 | $137.50 |
| Brianna Show | BS | $110.00/Hour | 25.10 | $2,761.00 |
| **TOTAL** |  |  | **221.20** | **$72,674.50** |

Weide & Miller, Ltd.                                                    Date  October 3, 2018

Invoice                                                                            Page 37

In Reference To:        CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

## DISBURSEMENTS

| Date | Description | Price | |
|---|---|---|---|
| 3/1/2018 | Legal Wings fee for delivery of Docket #127 to courthouse | 8.00 | 8.00 |
| 3/24/2018 | Fortz Legal - Fee for same day service of Process upon CSC Services of Nevada (Invoice 9622) | 150.00 | 150.00 |
| 4/1/2018 | Lexis - Nexis Research Fees (3/1-3/31/18) | 593.00 | 593.00 |
| 4/9/2018 | Legal Wings delivery fee of Response to Motion to Dismiss to Judge's chambers | 8.00 | 8.00 |
| 5/1/2018 | Fortz Legal : Fee for Service of Process upon Cox Communications on 4/24/18 (Invoice 9848) | 135.00 | 135.00 |
| | Lexis-Nexis  Service Charges  : 4-1-18 - 4-30-18 | 378.69 | 378.69 |
| 6/1/2018 | Lexis-Nexis Research Charges  - 5/1/18 - 5/31/18 | 361.33 | 361.33 |
| 6/28/2018 | Postage for sending produced documents to opposing counsel. | 7.62 | 7.62 |

Weide & Miller, Ltd
Invoice

Date:  October  3, 2018

Page 38

In Reference To:         CMSERV.0001L
                        LHF Productions, Inc. vs.  Kabala
                        United States District Court, Nevada Case No. 2:16-cv-02028

|  | | Price | Amount |
|---|---|---:|---:|
| 7/2/2018 | Lexis-Nexis Research - June 2018 | 67.17 | 67.17 |
| 7/8/2018 | Southwest Airlines: Las Vegas to LAX | 307.96 | 307.96 |
| 7/9/2018 | Parking  - McCarran Int'l Airport 7/8-7/9 | 17.00 | 17.00 |
| 7/10/2018 | Marriott Pasadena - 7/8-7/9/18 - FCA | 176.64 | 176.64 |
| 7/16/2018 | Barrett Reporting : Certified Copy of Transcript  - Jonathan Yunger Deposition 7/9/18 : Invoice 418002A | 1,169.00 | 1,169.00 |
|  | | - | |
| 9/3/2018 | Lexis - Nexis Research (8/31/18) | 1<br>84.00 | 84.00 |

|  |  |
|---|---:|
| **Total costs** | **$3,46341** |