JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: jblum@klnevada.com

LISA L. CLAY, ESQ. - *Pro Hac Vice* (Illinois Bar No. 6277257)
345 North Canal Street Suite C202
Chicago, Illinois 60606-1333
Telephone: (312) 753-5302
Email: lclayaal@gmail.com
-and-
JOSEPH CURTIS EDMONDSON, ESQ. - *Pro Hac Vice* (California Bar No. 236105)
**EDMONDSON IP LAW, LAW OFFICES OF J. CURTIS EDMONDSON, PLLC**
3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
Telephone: (503) 336-3749
Email jcedmondson@edmolaw.com
*Attorneys for Defendant/Counter-Plaintiff
Brian Kabala*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br>    Plaintiff,<br>vs.<br>AGUSTIN BERTOLIN, an individual; MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; DAVID POOR, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; AARON TAKAHASHI, an individual; and JOHN AND JANE DOES, 1-10,<br>    Defendants. | CASE NO. 2:16-cv-02028-JAD-NJK<br><br>**COUNTER-PLAINTIFF'S MOTION TO STRIKE COUNTER-DEFENDANT'S RESPONSE [ECF NO. 202] TO HIS MOTION FOR RECONSIDERATION** |
| BRIAN KABALA, an individual,<br>    Counter-Plaintiff,<br>vs.<br>LHF PRODUCTIONS, INC., a Nevada Corporation,<br>    Counter-Defendant. | |

# COUNTER-PLAINTIFF'S MOTION TO STRIKE COUNTER-DEFENDANT'S RESPONSE [ECF NO. 202] TO HIS MOTION FOR RECONSIDERATION

Counter-Plaintiff Brian Kabala ("Kabala"), by and through his counsel of record, hereby respectfully moves this Court pursuant to Fed. R. Civ. P. 26, 34 and 37 to strike Counter-Defendant LHF Productions, Inc.'s ("LHF") Response to Kabala's Motion for Reconsideration [ECF No. 202] in its entirety, or at minimum to strike all evidence presented for the first time in LHF's Response.

As more fully set forth in the Memorandum below, because LHF seeks to rely upon evidence that was not properly produced in discovery during the pendency of this case, LHF should not be allowed to use, rely on or reference any information not previously provided.

Dated this 23rd day of October, 2018.

KOLESAR & LEATHAM

By /s/
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
KOLESAR & LEATHAM
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

-and-

LISA L. CLAY, ESQ. - *Pro Hac Vice*
Illinois Bar No. 6277257
345 North Canal Street Suite C202
Chicago, Illinois 60606-1333
Telephone: (312) 753-5302
Email: lclayaal@gmail.com

JOSEPH CURTIS EDMONDSON, ESQ. - *Pro Hac Vice* (California Bar No. 236105)
**EDMONDSON IP LAW, LAW OFFICES OF J. CURTIS EDMONDSON, PLLC**
3699 NE John Olsen Ave.
Hillsboro, Oregon 97124

*Attorneys for Defendant/Counter-Plaintiff Brian Kabala*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTUAL BACKGROUND

At the time this case was dismissed, in August of 2018, LHF had produced a handful of documents in the form of typed charts of unknown origin, the 2014 expert report of Simone Richter, the November 2017 expert report of Robert Young, and expert reports of Benjamin Perino and Stephen Bunting, and a number of requested contracts. The last bates-numbered document produced to Kabala was labeled 396 and was produced on August 21, 2018. (Declaration of Lisa L. Clay, attached hereto as Exhibit A, at ¶ 2.) Now, in its response to Kabala's motion for reconsideration, LHF seeks to introduce new documents [ECF No. 202-7 and 202-8] and what amounts to revised expert reports in the form of declarations from Benjamin Perino and Stephen Bunting. Kabala submits that all of this new evidence is improper.

## II. LEGAL ARGUMENT

### A. Rule 26

Fed. R. Civ. P. 26(a)(1)(A) requires the disclosure of the following:

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

(ii) a copy—or a description by category and location—of **all documents**, electronically stored information, and tangible things **that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses**, unless the use would be solely for impeachment.

### B. Rule 37

Fed. R. Civ. P. 37(c) authorizes striking information or witnesses not properly disclosed:

(1) *Failure to Disclose or Supplement.* **If a party fails to provide information** or identify a witness as required by Rule 26(a) or (e), **the party is not allowed to use that information or witness to supply evidence on a motion**, at a hearing, or at a trial, unless the failure was substantially justified or is harmless. In addition to or instead of this sanction, the court, on motion and after giving an opportunity to be heard:
…
(C) may impose other appropriate sanctions, including any of the orders listed in Rule 37(b)(2)(A)(i) – (vi) [which includes striking pleadings in whole or in part].

/ / /

      C.    **Application of Applicable Rules**

Failure to disclose at the appropriate time – in this case, prior to the case being dismissed – comes at a cost: "the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial." Fed. R. Civ. P. 37(c)(1). *See, e.g. Colony Ins. Co. v. Kuehn*, No. 2:10-cv-01943-KJD-GWF. 2011 U.S. Dist. LEXIS 106884 at *13 (D. Nev. Sept. 20, 2011); *Cohan v. Provident Life & Accident Ins. Co.*, No. 2:13-cv-00975-LDG (CWH), 2015 U.S. Dist. LEXIS 124256 at *3 (D. Nev. Sept. 17, 2015); *Costa v. Global Experience Specialists, Inc.*, No. 2:14-cv-00153-RFB-PAL (D. Nev. Sept. 23, 2016). "The decision whether to impose Rule 37(c)(1) sanctions is given wide latitude," both as to the considerations made and the penalty assessed. *Cohan*, 2015 U.S. Dist. LEXIS 124256 at * 4.

Such is the case here. LHF had nearly two years to produce documents and evidence. LHF was the subject of three requests for production. LHF produced prior expert reports that it did not seek to amend. Instead of producing Exhibits 2 and 3 in discovery, disclosing new or amended expert reports, or seeking leave in the context of this Motion to enter new evidence, LHF submits bates-labeled documents as though they had been produced, attempting to mislead both Kabala and this Court as to their origin and production status. LHF has made no effort to suggest that their failure was substantially justified or is harmless, nor can it: forcing Kabala to respond to an entirely new version of the facts, as well as new expert opinions, in the context of an opposition to a motion for reconsideration of a case ending order cannot be justified and is far from harmless. *See e.g. Morrison v Quest Diagnostics, Inc*, No. 2-14-cv-01207, 2016 US. DIST. LEXIS 82515 at *8 (D. Nev. June 22, 2016) ("The burden is on the party facing discovery sanctions under Rule 37(c)(1) prove harmlessness.") The plain truth is that Exhibits 2 and 3 and the entirely new version of facts that Benjamin Perino and Stephen Bunting now suggest are an unjustified and wholly improper attempt to re-create this record. They should all be stricken.

**III.    CONCLUSION**

Discovery was ended when this Court issued its Order Dismissing All Claims and Closing Case on August 24, 2018. There is not a scintilla of evidence that the "facts" to which Mr. Perino and Mr. Bunting now aver, and which LHF relies upon to contest reconsideration,

were not known prior to the close of discovery, could not have been adduced prior to the close of discovery and/or could not have been produced to Kabala. It is improper for them to now put forth such evidence for the first time, in this context. LHF's Response, or at minimum the portions of it containing improper new evidence, should be stricken and costs awarded to Kabala for having to file and pursue this Motion.

DATED this 23rd day of October, 2018.

KOLESAR & LEATHAM

By _____
JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

-and-

LISA L. CLAY, ESQ. - *Pro Hac Vice*
Illinois Bar No. 6277257
345 North Canal Street Suite C202
Chicago, Illinois 60606-1333
Telephone: (312) 753-5302
Email: lclayaal@gmail.com

JOSEPH CURTIS EDMONDSON, ESQ. - *Pro Hac Vice* (California Bar No. 236105)
**EDMONDSON IP LAW, LAW OFFICES OF J. CURTIS EDMONDSON, PLLC**
3699 NE John Olsen Ave.
Hillsboro, Oregon 97124*Attorneys for Defendant/Counter-Plaintiff Brian Kabala*

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 23rd day of October, 2018, I caused to be served a true and correct copy of foregoing **COUNTER-PLAINTIFF'S MOTION TO STRIKE COUNTER-DEFENDANT'S RESPONSE [ECF NO. 202] TO HIS MOTION FOR RECONSIDERATION** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

_____
An Employee of KOLESAR & LEATHAM

EXHIBIT A

JONATHAN D. BLUM, ESQ.
Nevada Bar No. 009515
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: jblum@klnevada.com

LISA L. CLAY, ESQ. - *Pro Hac Vice (*Illinois Bar No. 6277257)
345 North Canal Street Suite C202
Chicago, Illinois 60606-1333
Telephone: (312) 753-5302
Email: lclayaal@gmail.com
-and-
JOSEPH CURTIS EDMONDSON, ESQ. - *Pro Hac Vice (*California Bar No. 236105)
**EDMONDSON IP LAW, LAW OFFICES OF J. CURTIS EDMONDSON, PLLC**
3699 NE John Olsen Ave.
Hillsboro, Oregon 97124
Telephone: (503) 336-3749
Email   jcedmondson@edmolaw.com
*Attorneys for Defendant/Counter-Plaintiff
Brian Kabala*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br>　　　　　　Plaintiff,<br>vs.<br>AGUSTIN BERTOLIN, an individual; MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; DAVID POOR, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; AARON TAKAHASHI, an individual; and JOHN AND JANE DOES, 1-10,<br>　　　　　　Defendants. | CASE NO. 2:16-cv-02028-JAD-NJK<br><br>**DECLARATION OF LISA L. CLAY, ESQ. IN SUPPORT OF MOTION TO STRIKE COUNTER-DEFENDANT'S RESPONSE [ECF NO. 202] TO HIS MOTION FOR RECONSIDERATION** |
| BRIAN KABALA, an individual,<br>　　　　　　Counter-Plaintiff,<br>vs.<br>LHF PRODUCTIONS, INC., a Nevada Corporation,<br>　　　　　　Counter-Defendant. | |

2999838_2 (10254-1)                                      Page 1 of 2

**DECLARATION OF LISA L. CLAY, ESQ. IN SUPPORT OF MOTION TO STRIKE COUNTER-DEFENDANT'S RESPONSE [ECF NO. 202] TO HIS MOTION FOR RECONSIDERATION**

I, LISA L. CLAY, ESQ., declare that:

1. I am an attorney licensed in Illinois, Washington and Washington D.C. I have been practicing law since 2002. I represent Defendant Brian Kabala pro hac vice in the above-referenced matter. I make these statements upon my personal knowledge of the facts stated herein.

2. On August 21, 2018 Mr. Austin's office forwarded an index of all documents produced by LHF. Document bates labeled 396 was the last document produced to Kabala in this litigation, and was the only document produced that day. *See* **Exhibit A**. Documents bates labeled 419 – 425 and 430 [ECF No. 202-7 and 202-8] were not produced to Kabala prior to the Court's August 24, 2018 dismissal.

I, Lisa L. Clay, declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

EXECUTED this 23rd day of October, 2018.

*/s/ Lisa L. Clay, Esq.*
**LISA. L. CLAY, ESQ.**

EXHIBIT A

# Jonathan D. Blum

| | |
|---|---|
| **From:** | Brianna Show <bshow@weidemiller.com> |
| **Sent:** | Tuesday, August 21, 2018 3:39 PM |
| **To:** | Lisa Clay; Jonathan D. Blum; jcedmondson@edmolaw.com |
| **Cc:** | F. Christopher Austin |
| **Subject:** | LHF/Kabala - LHF 000396 |
| **Attachments:** | LHF Production's Bates Numbered Index.docx; LHF 000396.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Dear Counsel,

Attached, please find our updated index and the document assigned as bates number LHF 000396.

Thank you,

Brianna Show

## Weide & Miller, Ltd.
*Patents, Trademarks, Copyrights, Trade Secrets and Related Litigation*

10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
702-382-4804 (voice)
702-382-4805 (facsimile)
BShow@WeideMiller.com

1

LHF PRODUCTIONS, INC.

v.

KABALA ET AL.

Case No.: 2:16-cv-02028-JAD-NJK

Material Produced by LHF Productions, Inc.

| BATES NUMBERS | DESCRIPTION | DATE PRODUCED | CONFIDENTIAL |
|---|---|---|---|
| LHF 000001-000006 | Plaintiff's Initial Disclosures | 5/29 | |
| LHF 000007-000022 | Plaintiff's Answers to First Set of Interrogatories | 5/29 | |
| LHF 000023-000043 | Plaintiff's Responses to First Set of Requests for Production | 5/29 | |
| LHF 000044-000051 | Plaintiff's Answers to Second Set of Interrogatories | 5/29 | |
| LHF 000052-000058 | Plaintiff's Responses to Second Set of Requests for Production | 5/29 | |
| LHF 000059-000064 | Plaintiff's Responses to Third Set of Request for Admission | 5/29 | |
| LHF 000065-000070 | Letter re Discovery Meet and Confer dated January 3, 2018 | 5/29 | |
| LHF 000071-000077 | Plaintiff's Amended FRCP 26(a) Disclosures | 5/29 | |
| LHF 000078-000089 | Expert Report of Benjamin Perino | 5/29 | |
| LHF 000090-000096 | Expert Report of Robert D. Young | 5/29 | |
| LHF 000097-000141 | Expert Report of Stephen M. Bunting – Exhibit 5 | 5/29 | |
| LHF 000142-000143 | Gmail – FW: LHF/Kabala meet and confer January 4, 2018 10:00 a.m. PST Large File Recipient Access | 5/29 | |
| LHF 000144-000145 | Additional Evidence – 68.96.200.163 | 5/29 | |
| LHF 000146 | Infringement Capture Log – 68.96.200.163 | 5/29 | |

1

| | | | |
|---|---|---|---|
| LHF 000147 | Captures native PDF file | 6/28 | |
| LHF 000148-000149 | Event log native PDF file | 6/28 | |
| LHF 000150 | .tar file (thumb drive) | 6/28 | |
| LHF 000151 | .torrent file (thumb drive) | 6/28 | |
| LHF 000152 | Event log native excel file | 6/28 | |
| LHF 000153 | Captures native excel file | 6/28 | |
| LHF 000154 | Control Copy of LHF Film (DVD) | 6/28 | |
| LHF 000155 | Additional Evidence excel file | 6/28 | |
| LHF 000156 | Infringement Capture Log – Perino Report Exhibit B | 6/11 | |
| LHF 000157-000158 | Event Log File – Perino Report Exhibit C | 6/11 | |
| LHF 000159 | Additional Evidence Log – Perino Report Exhibit D | 6/11 | |
| LHF 000160-000165 | Contingent Fee Agreement between Chaz Rainey and Carl Crowell – Not Fully Executed | 7/6 | X |
| LHF 000166-000174 | Agreement between Copyright Management Services, Ltd. And Millennium Media, Inc. | 7/6 | X |
| LHF 000175-000177 | Millennium Engagement Carl Crowell | 7/6 | X |
| LHF 000178-000184 | ME – Online Copyright Infringement Logging Services Agreement | 7/6 | X |
| LHF 000185-000189 | Engagement Agreement between LHF Productions, Inc. and Weide & Miller, Ltd. | 7/6 | X |
| LHF 000190-000193 | Executed Agreement between Chaz Rainey and Carl Crowell | 7/24 | |
| LHF 000194-000212 | October 10, 2014 Certificate of Recordation from USCO, Document Cover Sheet, Sales Agreement between LHF and Nu Image, Inc. with Exhibit A – Delivery Materials, Schedule C – Laboratory Access Letter, and Attachment 1 - Materials | 7/24 | |
| LHF 000213-000216 | October 2, 2014 Certificate of Recordation from USCO, Document Cover Sheet, and Assignment between A&T Pictures, Inc. and LHF Productions, Inc. | 7/24 | |

| LHF 000217-000222 | April 3, 2015 Certificate of Recordation from USCO, Document Cover Sheet, Assignment between A&T Pictures, Inc. and LHF Productions, Inc. | 7/24 | |
| --- | --- | --- | --- |
| LHF 000223-000229 | October 17, 2014 Certificate of Recordation from USCO, Document Cover Sheet, and Production Services Agreement LHF Productions, Inc. and LHF Films Limited (Film Production Company) | 7/24 | |
| LHF 000230-000233 | October 2, 2014 Certificate of Recordation from USCO, Document Cover Sheet, and One Picture License for "London Has Fallen" between A&T IP, Inc. and LHF Productions, Inc. | 7/24 | |
| LHF 000234-000235 | Certificate of Registration for Registration No. PA 1-982-831 effective as of March 14, 2016 for the original motion picture titled London Has Fallen | 7/24 | |
| LHF 000236-000237 | Certificate of Registration for Registration No. PAu 3-789-521 effective as of October 7, 2014 for the original motion picture screenplay London Has Fallen | 7/24 | |
| LHF 000238-000243 | REDACTED - Contingent Fee Agreement between Chaz Rainey and Carl Crowell – Not Fully Executed | 7/24 | |
| LHF 000244-000252 | REDACTED - Agreement between Copyright Management Services, Ltd. And Millennium Media, Inc. | 7/24 | |
| LHF 000253-000255 | REDACTED - Millennium Engagement Carl Crowell | 7/24 | |
| LHF 000256-000262 | REDACTED - ME – Online Copyright Infringement Logging Services Agreement | 7/24 | |
| LHF 000263-000267 | REDACTED - Engagement Agreement between LHF | 7/24 | |

3

| | | | |
|---|---|---|---|
| | Productions, Inc. and Weide & Miller, Ltd. | | |
| LHF 000268-000271 | Public - Executed Agreement between Chaz Rainey and Carl Crowell | 7/24 | |
| LHF 000272-000275 | Schedule of Counsel between Interallip LLP, Hughes Socol Piers Resnick Dym, Ltd., Crowell Law and Millennium Films, Inc./Nu Image, Inc. | 7/24 | |
| LHF 000276-000280 | License Agreements / Granting of Rights between Nu Image, Inc. and Copyright Collections Ltd. | 7/24 | |
| LHF 000281-000285 | Engagement Letter re Legal Representation for Enforcement of Rights | 7/24 | |
| LHF 000286-000291 | Millennium Rights Enforcement - January through March 2017 | | X |
| LHF 000292-000299 | Millennium Rights Enforcement - April through June 2017 | | X |
| LHF 000300-000307 | Millennium Rights Enforcement - July through September 2017 | | X |
| LHF 000308-000318 | 2017 Quarter 3 Millennium Report | | X |
| LHF 000319-000324 | 2017 Quarter 4 Millennium Report | | X |
| LHF 000325-000328 | 2018 Quarter 1 Millennium Report | | X |
| LHF 000329-000373 | 2017 Quarter 1 Millennium Client Report | | X |
| LHF 000374-000395 | 2017 Quarter 3 Millennium Client Report | | X |
| LHF 000396 | 2016-2017 Report | 8/21 | X |