F. Christopher Austin, Esq.
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805

*Attorneys for Plaintiff LHF Productions, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LHF PRODUCTIONS, INC., a Nevada Corporation,<br><br>               Plaintiff,<br>vs.<br><br>MARIA GONZALEZ, an individual; BRIAN KABALA, an individual; JOHN KOEHLY, an individual; DANIEL O'CONNELL, an individual; DONALD PLAIN, an individual; ANTE SODA, an individual; MATTHEW STEWART, an individual; and JOHN AND JANE DOES.<br><br>               Defendants<br><br>AND RELATED COUNTERCLAIMS | Case No.: 2:16-cv-02028-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE IN OPPOSITION OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY**<br><br>**(First Request)**<br><br>ECF No. 216 |

Pursuant to Local Rule IA 6-1(a) and Fed.R.Civ.P. 6(b)(1)(A), Counter-Defendant, LHF PRODUCTIONS, INC. (hereafter referred to as "Counter-Defendant" or "LHF"), and Counter-Plaintiff BRIAN KABALA ("Counter-Plaintiff" or "Kabala"), by and through their undersigned counsel, stipulate to extend the deadline for LHF to file its Opposition ("Opposition") to Kabala's Motion for Leave to File Supplemental Authority (ECF 213), filed on March 28, 2019, from April 11, 2019, to April 22, 2019. This is the first request for such an extension.

LR IA 6-1 provides that stipulations to extend may be granted upon a showing of good cause when brought prior to the expiration of the relevant deadline. LR IA 6-1(a). LHF requests this extension to provide LHF with adequate time to have its consultants confer with its counsel regarding certain factual matters material to the opposition and to provide such counsel with time to actually prepare the opposition.

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-W-0897

1

There is, therefore, good cause to extend the deadline under such circumstances where Kabala will not be prejudiced by the extension but will have a concomitant period to file a Reply. Accordingly, the Parties hereby stipulate that the deadline for LHF to file its Opposition to ECF No. 213 shall be extended from April 11, 2019, to April 22, 2019.

DATED this 3rd day of April 2019.

By: /S/ F. Christopher Austin
F. Christopher Austin, Esq.
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorney for Counter-Defendant LHF Productions, Inc.*

By: /S/ Lisa L. Clay
Jonathan D. Blum, Esq.
jblum@klnevada.com
**KOLESAR & LEATHAM**
400 South Rampart Blvd, Suite 400
Las Vegas, NV 89145

Lisa L. Clay, Esq. (*Pro Hac Vice*)
lisa@clayatlaw.com
345 North Canal Street Suite C202
Chicago, IL 60606-1333

*Attorney for Counter-Plaintiff Brian Kabala*

## ORDER

Based on the parties' stipulation [ECF No. 216], IT IS HEREBY ORDERED that the deadline to oppose the motion to file supplemental authority is extended to 4/22/19, making the opposition filed that day [ECF No. 217] timely filed. HOWEVER, **no further briefing on any pending motion will be entertained, so Kabala may not file a reply in support of the motion to file supplemental authority.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 23, 2019, nunc pro tunc
to April 22, 2019